AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-04146-VC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* RBLXWILD Entertainment LLC was received by me on *(date)* 08/17/2023 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Diane Gibbs - Authorized to accept , who is designated by law to accept service of process on behalf of *(name of organization)* Legalinc Corporate Services Inc. 651 North Broad St., St 201, Middletown, DE @1:47 p.m. on *(date)* 08/17/2023 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 08/17/2023

*Server's signature*

Eric Chrisco - Process Server
*Printed name and title*

230 North Market Street
Wilmington, DE 19801
*Server's address*

Additional information regarding attempted service, etc:

Summons and Civil Action, Class Action Complaint for Damages and Demand for Jury Trial, Order Setting Initial Case Management Conference and ADR Deadlines, Order Reassigning Case, Notice of Eligibility for Video Recording, Notice of Electronic Filing, Standing Order for All Judges of the Northern District of California Contents of Joint Case Management Statement, Standing Order for Civil Cases Before Judge Vince Chhabria, Standing Order for Civil Trials Before Judge Chhabria and Notice of Availability of Magistrate Judge to Exercise Jurisdiction with ECF Registration Information