COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

ROBBY L.R. SALDAÑA* (1034981)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

*Attorneys for Defendant*
*Roblox Corporation*

(**Pro Hac Vice Forthcoming*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>          v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>          Defendants. | Case No. 3:23-cv-04146-VC<br><br>**DEFENDANT ROBLOX CORPORATION'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1** |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DEF. ROBLOX CORP.'S CORPORATE
DISCLOSURE STATEMENT
CASE NO. 3:23-CV-04146-VC

Pursuant to Federal Rule of Civil Procedure 7.1(b), the undersigned, counsel of record for Defendant Roblox Corporation, hereby certifies and discloses that Defendant has no parent corporation, and no publicly held company owns 10% or more of Defendant's stock.

Dated: September 1, 2023

COOLEY LLP
TIANA DEMAS*
KYLE C. WONG (224021)
ROBBY L.R. SALDAÑA* (1034981)

/s/ *Kyle C. Wong*
Kyle C. Wong (224021)
Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DEF. ROBLOX CORP.'S CORPORATE
DISCLOSURE STATEMENT
CASE NO. 3:23-CV-04146-VC