COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ROBBY L.R. SALDAÑA* (1034981)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

*Attorneys for Defendant*
*Roblox Corporation*

(**Pro Hac Vice Forthcoming*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,

Plaintiffs,

v.

ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,

Defendants.

Case No. 3:23-cv-04146-VC

**STIPULATION AND [PROPOSED] ORDER TO SET TIME TO RESPOND TO COMPLAINT (CIVIL L.R. 6-1(A) AND L.R. 6-2(A)); STIPULATED REQUEST TO SET THE SUBSEQUENT BRIEFING SCHEDULE (CIVIL L.R. 6-2)**

Judge: Hon. Vince Chhabria

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIP. TO SET TIME TO RESPOND TO COMPLAINT & BRIEFING SCHEDULE
CASE NO. 3:23-CV-04146-VC

Pursuant to Civil Local Rules 6-1(a) and 6-2, plaintiffs Rachelle Colvin, individually and as next friend of minor Plaintiff, G.D., and plaintiff Danielle Sass, individually and as next friend of minor L.C. ("Plaintiffs") and defendant Roblox Corporation ("Roblox") ("Defendant") (collectively, "the Parties"), by and through their respective counsel, stipulate and agree as follows:

WHEREAS, Plaintiffs filed a putative class action lawsuit against Defendant on or about August 15, 2023 in the Northern District of California, (ECF No. 1);

WHEREAS, Plaintiffs served Defendant on August 17, 2023, (ECF No. 15);

WHEREAS, Defendant's deadline to respond to the Complaint is September 7, 2023;

WHEREAS, under Civil Local Rule 6-1(a), the Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the Complaint, provided the change will not alter any deadline already fixed by Court order;

WHEREAS, under Civil Local Rules 6-2(a), parties may file a stipulated request for an order changing time in connection with papers required to be filed or lodged with the Court (other than an initial response to the complaint);

WHEREAS, extending the deadline for any subsequent briefing necessitated by Defendant's response to the Complaint, as set forth below, will allow for a more complete and orderly presentation of the legal issues the Court will need to resolve and will not alter the date of any event or deadline already fixed by Court order;

WHEREAS, no prior time modifications have been sought in this case;

WHEREAS, this modification would not affect the case schedule as none has been entered.

NOW THEREFORE, the Parties hereby stipulate and agree to set the following deadlines:

1. October 24, 2023: Defendant's deadline to respond to the Complaint
2. November 24, 2023: Plaintiffs' deadline to oppose any motion to dismiss
3. December 15, 2023: Defendant's deadline to file a reply

**IT IS SO STIPULATED.**

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 3:23-CV-04146-VC

Dated: September 1, 2023

COOLEY LLP
TIANA DEMAS*
KYLE C. WONG (224021)
ROBBY L.R. SALDAÑA* (1034981)

*/s/ Kyle C. Wong*
Kyle C. Wong (224021)
Attorneys for Defendant
ROBLOX CORPORATION

Dated: September 1, 2023

WEITZ & LUXENBERG, PC
DEVIN BOLTON (SBN 290037)
JAMES BILSBORROW*
AARON FREEDMAN*
1880 Century Park East, Suite 700
Los Angeles, CA 90067
Phone: (212) 558-5552
Fax: (212) 344-5461
dbolton@weitzlux.com
jbilsborrow@weitzlux.com
afreedman@weitzlux.com

JOHNSON FIRM
CHRISTOPHER D. JENNINGS*
TYLER B. EWIGLEBEN*
WINSTON S. HUDSON*
610 President Clinton Avenue, Suite 300
Little Rock, Arkansas 72201
Telephone: (501) 372-1300
chris@yourattorney.com
tyler@yourattorney.com
winston@yourattorney.com

*/s/James Bilsborrow*
James Bilsborrow
Attorneys for Plaintiffs and Proposed Class

*(*Pro Hac Vice Filed or Forthcoming)*

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 3:23-CV-04146-VC

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS HEREBY ORDERED**:

Dated: _____________, 2023

_______________________________
The Honorable Vince Chhabria
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

STIP. TO SET TIME TO RESPOND TO
COMPLAINT & BRIEFING SCHEDULE
CASE NO. 3:23-CV-04146-VC

**ATTESTATION OF ELECTRONIC SIGNATURE**

I, Kyle C. Wong, attest that concurrence in the filing of this document has been obtained from each of the other signatories. Executed on September 1, 2023 in San Francisco, California. .

*/s/ Kyle C. Wong*
Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5

STIP. TO SET TIME TO RESPOND TO COMPLAINT & BRIEFING SCHEDULE
CASE NO. 3:23-CV-04146-VC