COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:    +1 415 693 2000
Facsimile:    +1 415 693 2222

ROBBY L.R. SALDAÑA* (1034981)
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:    +1 202 842 7800
Facsimile:    +1 202 842 7899

*Attorneys for Defendant
Roblox Corporation*

(*Admitted *Pro Hac Vice*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 3:23-cv-04146-VC<br><br>**UNOPPOSED ADMINISTRATIVE MOTION TO EXCEED PAGE LIMITS AND [PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS**<br>**(CIV. L. R. 7-11)**<br><br>Judge: Hon. Vince Chhabria<br>Date Action Filed: August 15, 2023 |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[UNOPPOSED] MOTION TO EXCEED PAGE
LIMITS & [PROPOSED] ORDER
CASE NO. 3:23-CV-04146-VC

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Defendant Roblox Corporation ("Defendant"), by and through its attorneys of record, hereby moves the Court, pursuant to Civil Local Rule 7-11, for an administrative order to enlarge the page limits in connection with the forthcoming motion to dismiss briefing.

Defendant seeks to enlarge the limit for its Motion to Dismiss the Complaint to thirty pages, which is an additional fifteen pages above the fifteen-page limit applicable under this Court's Standing Order.  *See* Standing Order for Civil Cases Before Judge Vince Chhabria ¶ 35. Defendant's Motion to Dismiss is due by October 24, 2023.  (ECF No. 25.)  Given that the Complaint raises nine claims and spans 55 pages, (ECF No. 1), Defendant requires additional space to adequately and thoroughly present its legal positions.  The Parties further seek to enlarge the limit from fifteen pages to thirty pages for any response brief by Plaintiffs to Defendant's Motion to Dismiss, and from ten pages to fifteen pages for any reply brief by Defendant.  The requested page limits exclude the title page, table of contents, table of authorities, and any exhibits.

Counsel for Defendant have met and conferred with counsel with Plaintiffs' counsel, who consent to this motion.

Accordingly, Defendant respectfully submits that there is good cause to grant its unopposed request to exceed the page limits.

Dated: September 18, 2023              Respectfully submitted,

                                       COOLEY LLP
                                       TIANA DEMAS*
                                       KYLE C. WONG (224021)
                                       ROBBY L.R. SALDAÑA* (1034981)


                                       */s/ Kyle C. Wong*
                                       Kyle C. Wong (224021)
                                       Attorneys for Defendant
                                       ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[UNOPPOSED] MOTION TO EXCEED PAGE
LIMITS & [PROPOSED] ORDER
CASE NO. 3:23-CV-04146-VC