# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>  Plaintiff(s),<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>  Defendant(s). | Case No. 3:23-cv-04146-VC<br><br>**[Proposed] Order Granting Plaintiffs' Motion to Serve Pursuant to Rule 4(f)(3) Of the Federal Rules of Civil Procedure**<br><br>Judge: Hon. Vince Chhabria<br>Date Action Filed: August 15, 2023 |

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 4(f)(3), that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Satozuki Limited B.V., and its "local representative" and "proxy holder," Dutch Antilles Management N.V., in Curacao. Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

**IT IS SO ORDERED.**

Dated: _____         _____
                                                                    The Honorable Vince Chhabria