# EXHIBIT A



# Curaçao Commercial Register
### Excerpt from the Commercial Register

**Registration number: 161185 (0)**
**Date: December 12, 2023  Time: 8:08:58 PM**

In the Commercial Register of the Curaçao Chamber of Commerce & Industry is registered under number 161185: Satozuki Limited B.V.

| | |
|---|---|
| Trade name | Satozuki Limited B.V. |
| Legal form | Private Limited Liability Company |
| Official name | Satozuki Limited B.V. |
| Statutory seat | Curaçao |
| Date of incorporation | June 22, 2022 |
| Date established | June 22, 2022 |
| Nominal Capital | 500 share(s) with a nominal value of U.S.A. Dollar 10 |
| Fiscal year | The fiscal year is equal to the calendar year |
| Address | Abraham de Veerstraat 9 |
| Country | Curaçao |
| Mailing address | P.O. Box 3421 |
| Country | Curaçao |
| Description English | 1. to organize, market, promote, manage, support and operate all types of remote gaming activities, comprising all types of games, betting and other operations of betting exchange, interactive casinos, bingos, lotteries and other interactive games for clients established or residing outside of Curaçao;<br>2. The company has the power to perform every act and thing profitable or requisite to the accomplishment of its purposes or connected therewith or incidental thereto in the widest sense of the word.<br>3. The Company is authorized to enter into a corporate agreement in writing as meant in article 2:227 of the Civil Code. |

**Official(s)**

**1**

| | |
|---|---|
| Function | Statutory director |
| Title description | Managing Director |
| Name | Julian Durak |
| Date of birth | November 5, 1999 |
| Place of birth | London |
| Country of birth | United Kingdom |
| Nationality | British |

**2**

| | |
|---|---|
| Function | Proxy holder |
| Title description | Local Representative |
| Name | Dutch Antilles Management N.V. |
| Registration number official | 10692 |

**Source:** Registry-information Internet. This document is not an excerpt in accordance with article 11 paragraph 2 of the Trade Ordinance (O.G. 2009 no. 51)