# EXHIBIT B



# Curaçao Commercial Register
### Excerpt from the Commercial Register

**Registration number: 10692 (0)**
**Date: December 12, 2023  Time: 4:33:29 PM**

In the Commercial Register of the Curaçao Chamber of Commerce & Industry is registered under number 10692: Dutch Antilles Management N.V.

| | |
|---|---|
| **Trade name** | Dutch Antilles Management N.V. |
| **Legal form** | Limited liability company |
| **Official name** | Dutch Antilles Management N.V. |
| **Statutory seat** | Curaçao |
| **Date of incorporation** | February 23, 1977 |
| **Date established** | February 23, 1977 |
| **Authorized capital** | Antillean Guilder 100.000,00 |
| **Issued capital** | Antillean Guilder 20.000,00 |
| **Paid up capital** | Antillean Guilder 20.000,00 |
| **Fiscal year** | The fiscal year is equal to the calendar year |
| **Address** | Abraham de Veerstraat 7 |
| **Country** | Curaçao |
| **Mailing address** | P.O. Box 840 |
| **Country** | Curaçao |
| **Object** | Trust company (International financial services), Holding, trustee and/or management company |

**Official(s)**

**1**
| | |
|---|---|
| **Function** | Statutory director |
| **Title description** | President Managing Director |
| **Name** | Alberto Clodoaldo D'Abreu De Paulo |
| **Date of birth** | September 7, 1938 |
| **Place of birth** | Willemstad |
| **Country of birth** | Curaçao |
| **Nationality** | Dutch |

**2**
| | |
|---|---|
| **Function** | Statutory director |
| **Title description** | Managing Director |
| **Name** | Berardino Antonio D'Abreu De Paulo |
| **Date of birth** | June 1, 1972 |
| **Place of birth** | Willemstad |
| **Country of birth** | Curaçao |
| **Nationality** | Dutch |

**3**
| | |
|---|---|
| **Function** | Statutory director |
| **Title description** | Managing Director |
| **Name** | Edwin Ricardo Geerman |
| **Date of birth** | October 11, 1951 |
| **Place of birth** | Oranjestad |

| | |
|---|---|
| Country of birth | Aruba, Netherlands West Indies |
| Nationality | Dutch |

**4**

| | |
|---|---|
| Function | Statutory director |
| Title description | Managing Director |
| Name | Humberto Carlos D'Abreu De Paulo |
| Date of birth | August 23, 1964 |
| Place of birth | Willemstad |
| Country of birth | Curaçao |
| Nationality | Dutch |

**5**

| | |
|---|---|
| Function | Proxy holder |
| Title description | Trust & Compliance Officer |
| Name | Natalie Isabel D'Abreu De Paulo |
| Date of birth | March 11, 1966 |
| Place of birth | Willemstad |
| Country of birth | Curaçao |
| Nationality | Dutch |

**Source: Registry-information Internet. This document is not an excerpt in accordance with article 11 paragraph 2 of the Trade Ordinance (O.G. 2009 no. 51)**