# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>Defendant(s). | Case No. 3:23-cv-04146-VC<br><br>[~~Proposed~~] Order Granting Plaintiffs' Motion to Serve Pursuant to Rule 4(F)(3) Of the Federal Rules of Civil Procedure<br><br>Judge: Hon. Vince Chhabria<br>Date Action Filed: August 15, 2023 |

IT IS HEREBY ORDERED, pursuant to Fed. R. Civ. P. 4(f)(3), that APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the defendant, Satozuki Limited B.V., and its "local representative" and "proxy holder," Dutch Antilles Management N.V., in Curacao. APS International Limited shall be permitted to effect personal service in a manner reasonably calculated to give notice and comporting with constitutional norms of due process.

**IT IS SO ORDERED.**

Dated: January 22, 2024

_____
The Honorable Vince Chhabria