Colvin, et. al., Plaintiff(s)
vs.
Roblox Corporation, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**
**CivilActionGroup.com**

APS File: 284608-1

## *AFFIDAVIT OF SERVICE ON A CORPORATION*

Service in a foreign country pursuant to Article 10 of the Hague
Service Convention

-- Studs Entertainment LTD
Court Case No. 3:23-cv-04146-VC

**Law Firm Requesting Service:**
WEITZ & LUXENBERG
Mr. Aaron Freedman
700 Broadway
New York, NY  10003-9536

| | |
|---|---|
| **Name of Server:** | **Mrs. Soulla Kleanthous**_____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **26-Jan-2024 11:45 am** |
| **Place of Service:** | 25 Voukourestiou Street, Neptune House, 1st Floor, Suite 11, Limassol  3045, Cyprus |
| **Documents Served:** | the undersigned served the documents described as: |

Summary of the Document to be Served, Summons in a Civil Action, Class Action Complaint for Damages, Order Setting Initial Case Management Conference and ADR Deadlines, Notice of Electronic Filing, Standing Order for All Judges of the Northern District of California/Contents of Case Management Statement, Standing Order for Civil Cases Before Judge Vince Chhabria, Standing Order for Civil Trials Before Judge Vince Chhabria, Notice of Availability of Magistrate Judge to Exercise Jurisdiction, USDC Local Civil Rules, Greek Translations

| | |
|---|---|
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Studs Entertainment LTD** |
| | By delivering them into the hands of an officer, managing agent, or other person authorized to accept service of process, whose name and title is |
| | **Mr. Michael Chambers, Attorney** |
| **Foreign Law:** | **Delivered at registered address of Studs Entertainment Ltd.  Served under Cyprus Civil Procedure Rules.** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **M** ; Skin Color **Caucasian** ; Hair Color **Brown** ; Facial Hair **N/A** Approx. Age **50-55** ; Approx. Height **5'09"** ; Approx. Weight **176** |

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this _____ day of _____, 20 ____

_____
Notary Public          (Commission Expires)

Sworn and signed before me
At the district court of
Limassol this the 12.02.24

*Nektarios Pippiros*