Aaron Freedman (Admitted *pro hac vice*)
  afreedman@weitzlux.com
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Phone: (212) 558-5500

*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>    Defendants. | Civil Action No.: 3:23-cv-04146-VC<br><br>**REQUEST TO ENTER DEFAULT** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

In accordance with Federal Rule of Civil Procedure 55(a), Plaintiffs Rachelle Colvin, individually and as next friend of minor Plaintiff, G.D., and Danielle Sass, individually and as next friend of minor plaintiff, L.C., hereby request that the Clerk of this Court enter a default in this matter against Defendant Studs Entertainment LTD ("Studs") on the ground that said Defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure.

Pursuant to Federal Rule of Civil Procedure 12(a)(1), the deadline for Defendant Studs to respond passed over twenty-three days ago. *See* Declaration of Aaron Freedman in Support of Request to Enter Default ("Freedman Decl.") ¶ 6, filed herewith. Plaintiffs effectuated service of the summons and complaint on Defendant Studs on January 26, 2024, as evidenced by the Proof of

Service on file with the Court. *See* ECF No. 62; *see also* Freedman Decl. ¶ 4. As a result, Defendant Studs' responsive pleading was due on or before February 16, 2024. Freedman Decl. ¶ 6. Defendant Studs, however, has failed to file or serve an answer or other responsive pleading and has not otherwise appeared to contest this action. *Id.* ¶ 7.

Dated: March 11, 2024                                     Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　 */s/ Aaron Freedman*
　　　　　　　　　　　　　　　　　　　　　Aaron Freedman (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　**WEITZ & LUXENBERG, PC**
　　　　　　　　　　　　　　　　　　　　　James J. Bilsborrow (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Devin Bolton
　　　　　　　　　　　　　　　　　　　　　700 Broadway
　　　　　　　　　　　　　　　　　　　　　New York, New York 10003
　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 558-5500
　　　　　　　　　　　　　　　　　　　　　jbilsborrow@weitzlux.com
　　　　　　　　　　　　　　　　　　　　　dbolton@weitzlux.com

　　　　　　　　　　　　　　　　　　　　　**JENNINGS PLLC**
　　　　　　　　　　　　　　　　　　　　　Christopher D. Jennings (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　Tyler B. Ewigleben (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　　PO Box 25972
　　　　　　　　　　　　　　　　　　　　　Little Rock, Arkansas 72221
　　　　　　　　　　　　　　　　　　　　　Telephone: (317) 695-1712
　　　　　　　　　　　　　　　　　　　　　chris@jenningspllc.com
　　　　　　　　　　　　　　　　　　　　　tyler@jenningspllc.com

　　　　　　　　　　　　　　　　　　　　　**GIBBS LAW GROUP LLP**
　　　　　　　　　　　　　　　　　　　　　Andre Michel Mura
　　　　　　　　　　　　　　　　　　　　　Hanne Jensen
　　　　　　　　　　　　　　　　　　　　　Jake Miles Seidman
　　　　　　　　　　　　　　　　　　　　　Ezekiel Wald
　　　　　　　　　　　　　　　　　　　　　1111 Broadway, Suite 2100
　　　　　　　　　　　　　　　　　　　　　Oakland, CA 94607
　　　　　　　　　　　　　　　　　　　　　(510) 350-9700
　　　　　　　　　　　　　　　　　　　　　amm@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　hj@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　jms@classlawgroup.com
　　　　　　　　　　　　　　　　　　　　　zsw@classlawgroup.com

　　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 11, 2024, the foregoing document(s) was filed through the ECF system, which sent electronic notice of the filing to all counsel of record.

/s/ Aaron Freedman