Aaron Freedman (admitted *pro hac vice*)
afreedman@weitzlux.com
**WEITZ & LUXENBERG, PC**
700 Broadway
New York, NY 10003
Phone: (212) 558-5500

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>Defendants. | Civil Action No.: 3:23-cv-04146-VC<br><br>**DECLARATION OF AARON FREEDMAN IN SUPPORT OF REQUEST TO ENTER DEFAULT** |

I, Aaron Freedman, declare as follows:

1. I am an attorney at the law firm Weitz & Luxenberg, P.C., and I represent Plaintiffs in the above-captioned matter.

2. I have personal knowledge of all facts stated in this declaration.

3. The complaint in this matter was filed on August 15, 2023 (ECF No. 1), and the summons was filed on August 16, 2023 (ECF No. 6).

4. Defendant Studs Entertainment LTD ("Studs") was served with the complaint and summons on January 26, 2024 (ECF No. 62) at its registered address in Cyprus, pursuant to Fed. R.

Civ. P. 4, Article 10 of the Hague Service Convention, and consistent with Cyprus' Rules of Civil Procedure.

5. Service was accepted by Mr. Michael Chambers, an attorney who works at Studs Entertainment LTD's registered address.

6. An answer to the complaint was due on February 16, 2024.

7. Defendant Studs has failed to appear, plead or otherwise defend within the time allowed by the Federal Rules of Civil Procedure.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 11, 2024, in New York, New York.

                              Respectfully submitted,

                              /s/ Aaron Freedman
                              Aaron Freedman (admitted *pro hac vice*)
                              **WEITZ & LUXENBERG, PC**
                              700 Broadway
                              New York, NY 10003
                              Telephone: (212) 558-5500
                              jbilsborrow@weitzlux.com

                              *Counsel for Plaintiff and the Proposed Class*