UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHELLE COLVIN, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, et al.,<br><br>        Defendants. | Case No. 23-cv-04146-VC<br><br>**SUPPLEMENTAL ORDER REGARDING MOTION TO DISMISS**<br><br>Re: Dkt. No. 31 |

The Court inadvertently omitted mention of the disposition of two of the plaintiffs' claims in its order on the motion to dismiss. Dkt. No. 65.

The plaintiffs' claim for civil conspiracy is dismissed for the same reason as the RICO claim: the complaint fails to plead the existence of a conspiracy that includes Roblox. The plaintiffs' claim for unjust enrichment may move forward, as they have sufficiently pled a lack of an adequate remedy at law. The plaintiffs explain that merely compensating them for the gambling losses is not enough, because Roblox takes a sizable cut of all transactions involving Robux on its platform—so they allege that Robux has been enriched by more than the plaintiffs have lost. Moreover, the plaintiffs are not only seeking compensation for past wrongs but also an end to the conduct in the future. In all, their claims for equitable relief are adequately pled and may proceed.

**IT IS SO ORDERED.**

Dated: March 28, 2024

_____
VINCE CHHABRIA
United States District Judge