UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor Plaintiff, L.C., and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br>　v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>　　　　　　　　Defendants. | Case No. 3:23-cv-04146-VC<br><br>**SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Judge: Hon. Vince Chhabria<br>Date: April 18, 2024<br>Time: 2:00 PM<br>Courtroom: By Videoconference |

　　　　Plaintiffs Rachelle Colvin, G.D., Danielle Sass, L.C., and Defendant Roblox Corporation ("Roblox"), together, the Parties, submit this supplemental joint statement in advance of the case management conference ("CMC") scheduled for April 18, 2024, to provide two updates. First, they write to advise the Court that the parties in this action and in the related action, *Gentry et al. v. Roblox Corp. et al*, Case No. 3:24-cv-01593-VC, do not oppose consolidation. *See* Case No. 3:23-cv-04146-VC, ECF Nos. 72, 73 (relating case and postponing ruling on consolidation until after the April 18, 2024, case management conference). And second, if the Court consolidates these actions, the parties are amenable to one of the below proposed schedules. These schedules are the same as those proposed in the joint statement in *Colvin*, the first-filed case, *see* ECF No. 75 at 14, but now include an agreed-upon requirement for the plaintiffs to file a consolidated complaint.

| Event | Defendant's Proposal | Plaintiffs' Proposal |
|---|---|---|
| Deadline for *Colvin* and *Gentry* Plaintiffs to File Consolidated Complaint | May 2, 2024 | April 23, 2024 |
| Deadline for Roblox to Respond to Consolidated Complaint | June 6, 2024 | May 14, 2024 |
| Deadline to Pursue ADR | August 16, 2024 | July 18, 2024 |
| Disclosure of Primary Class Certification Experts and Expert Reports | October 31, 2024 | October 31, 2024 |
| Disclosure of Class Certification Rebuttal Experts and Reports | January 29, 2025 | December 2, 2024 |
| Close of Class Certification Expert Discovery | March 23, 2025 | March 23, 2025 |
| Motion for Class Certification | March 31, 2025 | March 31, 2025 |
| Opposition to Class Certification | May 30, 2025 | April 30, 2025 |
| Reply Supporting Class Certification | June 30, 2025 | May 21, 2025 |

| Event | Defendant's Proposal | Plaintiffs' Proposal |
|---|---|---|
| **Hearing on Class Certification** | July 30, 2025, or at the Court's convenience | At the Court's discretion |
| **Close of Fact Discovery** | Per the Court's instructions at the February 23, 2024 Case Management Conference, Roblox has reserved the remaining deadlines to be determined at a later date. | June 27, 2025 |
| **Disclosure of Trial Experts** | | July 25, 2025 |
| **Disclosure of Rebuttal Trial Experts** | | August 25, 2025 |
| **Close of Trial Expert Discovery** | | September 26, 2025 |
| **Dispositive Motion Deadline** | | October 10, 2025 |
| **Oppositions to Dispositive Motions** | | November 10, 2025 |
| **Replies Supporting Dispositive Motions** | | December 1, 2025 |
| **Hearing on** | | At the Court's |

| Event | Defendant's Proposal | Plaintiffs' Proposal |
|---|---|---|
| **Dispositive Motions** | | discretion |
| **Pretrial conference** | | January 5, 2026 |
| **Trial** | | January 12, 2026 |

Respectfully submitted,

/s/ James Bilsborrow
James Bilsborrow (*pro hac vice*)
Aaron Freedman (*pro hac vice*)
WEITZ & LUXENBERG PC
700 Broadway
New York, NY 10003
(212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com

Andre Mura (SBN 298541)
Hanne Jensen (SBN 336045)
Ezekiel Wald (SBN 341490)
Jacob Seidman (SBN 347953)
GIBBS LAW GROUP LLP
1111 Broadway
Oakland, CA 94607
(510) 350-9700
amm@classlawgroup.com
hj@classlawgroup.com
zsw@classlawgroup.com
jms@classlawgroup.com

Christopher D. Jennings (*pro hac vice*)
Tyler B. Ewigleben (*pro hac vice*)
JENNINGS PLLC
PO Box 25972
Little Rock, AR 72221
(317) 695-1712
chris@jenningspllc.com
tyler@jenningspllc.com

*Attorneys for Plaintiffs*

*/s/ Tiana Demas*
COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
K.C. JASKI (334456)
(kjaski@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California  94111-4004
Telephone:     +1 415 693 2000
Facsimile:      +1 415 693 2222

ROBBY L.R. SALDAÑA*
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:     +1 202 842 7800
Facsimile:      +1 202 842 7899

*Attorneys for Defendant Roblox Corporation*

(*Admitted *Pro Hac Vice*)

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s  James Bilsborrow