COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone:	+1 312 881 6500
Facsimile:	+1 312 881 6598

KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
K.C. JASKI (334456)
(kjaski@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:	+1 415 693 2000
Facsimile:	+1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA*
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:	+1 202 842 7800
Facsimile:	+1 202 842 7899

JESSICA L. TAYLOR (339572)
(jtaylor@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:	+1 858 550 6000
Facsimile:	+1 858 550 6420

*Attorneys for Defendant*
*Roblox Corporation*

(*Admitted *Pro Hac Vice*)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G., OSMANY RODRIGUEZ, individually, and as next friend of minor plaintiff, O.R., JOSHUA R. MUNSON, individually and as next friend of minor plaintiffs D.C., J.M., T.T., and R.T, and LAVINA GANN, individually and as next friend of minor plaintiff, S.J., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 3:23-cv-04146-VC<br><br>**DECLARATION OF TIANA DEMAS IN SUPPORT OF UNOPPOSED MOTION TO EXCEED PAGE LIMITS**<br><br>Judge: Hon. Vince Chhabria |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF T. DEMAS ISO UNOPPOSED
MOT. TO EXCEED PAGE LIMITS
CASE NO. 3:23-CV-04146-VC

I, Tiana Demas, hereby declare as follows:

1. I am a partner with the law firm of Cooley LLP, attorneys of record for Defendant Roblox Corporation ("Defendant"). I am an attorney admitted to practice pro hac vice in the above captioned case. I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On May 6, 2024, Defendant's counsel conferred with Plaintiffs' counsel regarding Defendant's request to exceed page limits.

3. On May 6, 2024, Plaintiffs' counsel advised that they do not object to Defendant's request.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed this 7th day of May 2024, at Chicago, Illinois.

/s/ Tiana Demas
Tiana Demas

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF T. DEMAS ISO UNOPPOSED
MOT. TO EXCEED PAGE LIMITS
CASE NO. 3:23-CV-04146-VC