**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G., OSMANY RODRIGUEZ, individually, and as next friend of minor plaintiff, O.R., JOSHUA R. MUNSON, individually and as next friend of minor plaintiffs D.C., J.M., T.T., and R.T, and LAVINA GANN, individually and as next friend of minor plaintiff, S.J., and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-04146-VC<br><br>[~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO EXCEED PAGE LIMITS (CIV. L.R. 7-11)<br><br>Judge: Hon. Vince Chhabria |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

[~~PROPOSED~~] ORDER GRANTING UNOPPOSED
MOTION TO EXCEED PAGE LIMITS
CASE NO. 3:23-CV-04146-VC

On May 7, 2024, Defendant Roblox Corporation ("Defendant") filed an Unopposed Administrative Motion to Exceed Page Limits pursuant to Civil Local Rule 7-11. Having considered the papers and pleadings on file, and good cause appearing, the Court **HEREBY GRANTS** the motion.

**IT IS ORDERED THAT** Defendant may file a brief in support of its Motion to Dismiss not to exceed twenty pages, Plaintiffs may file a brief in opposition not to exceed twenty pages, and Defendant may file a reply brief not to exceed twelve pages. These page limits exclude the title page, table of contents, table of authorities, and any exhibits.

**SO ORDERED.**

Dated: __May 9__, 2024

_____
The Honorable Vince Chhabria
United States District Court Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[PROPOSED] ORDER GRANTING UNOPPOSED
MOTION TO EXCEED PAGE LIMITS
CASE NO. 3:23-CV-04146-VC