COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
KEVIN T. CARLSON*
(ktcarlson@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone:   +1 312 881 6500
Facsimile:   +1 312 881 6598

COOLEY LLP
ROBBY L.R. SALDAÑA*
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

*Attorneys for Defendant Roblox Corporation*
(*Admitted *Pro Hac Vice*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G., OSMANY RODRIGUEZ, individually, and as next friend of minor plaintiff, O.R., JOSHUA R. MUNSON, individually and as next friend of minor plaintiffs D.C., J.M., T.T., and R.T, and LAVINA GANN, individually and as next friend of minor plaintiff, S.J., and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>    Defendants. | Case No. 3:23-cv-04146-VC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER ADJOURNING PRIVATE MEDIATION DEADLINE PURSUANT TO CIVIL LOCAL RULE 6-2**<br><br>Judge: Hon. Vince Chhabria |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. TO
EXT. MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC

## STIPULATION

Pursuant to Civil Local Rule 6-1(b), Plaintiffs RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D.; DANIELLE SASS, individually and as next friend of minor plaintiff, L.C.; DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G.; OSMANY RODRIGUEZ, individually, and as next friend of minor plaintiff, O.R.; and LAVINA GANN, individually and as next friend of minor plaintiff, S.J.; and Plaintiffs on behalf of all others similarly situated; and Defendant Roblox Corporation, by and through their attorneys of record, hereby stipulate as follows:

WHEREAS, on April 18, 2024, the Court ordered the parties to complete private mediation by August 16, 2024 (Dkt. 78).

WHEREAS, notwithstanding that Roblox Corporation filed a motion to dismiss Plaintiffs' Consolidated Class Action Complaint on May 14, 2024 (Dkt. 87), the parties have been participating in discovery and are proceeding toward initial and rebuttal class certification expert disclosure deadlines. *See* Ex. 1 ¶ 4 (Decl. K. Wong).

WHEREAS, the parties have not previously requested extension of the August 16, 2024 deadline to complete mediation. *See* Ex. 1 ¶ 6 (Decl. K. Wong).

WHEREAS, the parties believe that mediation would be more productive with the benefit of the Court's ruling on Roblox Corporation's motion to dismiss, as well as further discovery and expert disclosures pursuant to the Court's case management order (Dkt. 87). *See* Ex. 1 ¶ 7 (Decl. K. Wong).

WHEREAS, extension of the private mediation deadline would not impact any other deadline in this case (Dkt. 87). *See* Ex. 1 ¶ 8 (Decl. K. Wong).

NOW, THEREFORE, the Parties, through their respective counsel, stipulate as follows and jointly apply for an order approving said stipulation:

1. The parties' deadline to complete private mediation is extended to February 7, 2025.

**IT IS SO STIPULATED.**

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: August 15, 2024 | COOLEY LLP |
| 3 | | |
| 4 | | */s/ Kyle C. Wong* |
| 5 | | Kyle C. Wong<br>Attorney for Defendant |
| 6 | | ROBLOX CORPORATION |
| 7 | Dated: August 15, 2024 | WEITZ & LUXENBERG, PC |

        */s/ James J. Bilsborrow*
James J. Bilsborrow
700 Broadway
New York, NY 10003
Telephone: (212) 558-5500
jbilsborrow@weitzlux.com

**Counsel for Plaintiffs**

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)

I, Kyle C. Wong, attest that concurrence in the filing of this document has been obtained from the other signatory. Executed on August 15, 2024, in San Francisco, California.

        */s/ Kyle C. Wong*

Kyle C. Wong

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. TO EXT.
MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED THAT:

- The deadline to complete private mediation in this matter is extended to February 7, 2025.

Dated: _____

_____
Hon. Vince Chhabria
United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

JOINT STIP. TO EXT.
MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC