# Exhibit 1

| | |
|---|---|
| COOLEY LLP<br>TIANA DEMAS*<br>(tdemas@cooley.com)<br>KEVIN T. CARLSON*<br>(ktcarlson@cooley.com)<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606-1511<br>Telephone:  +1 312 881 6500<br>Facsimile:  +1 312 881 6598<br><br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA*<br>(rsaldana@cooley.com)<br>1299 Pennsylvania Avenue, NW, Ste. 700<br>Washington, D.C. 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899<br><br>JESSICA L. TAYLOR (339572)<br>(jtaylor@cooley.com)<br>10265 Science Center Drive<br>San Diego, California 92121-1117<br>Telephone:  +1 858 550 6000<br>Facsimile:  +1 858 550 6420 |

*Attorneys for Defendant Roblox Corporation*
(*Admitted *Pro Hac Vice*)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G., OSMANY RODRIGUEZ, individually and as next friend of minor plaintiff, O.R., JOSHUA R. MUNSON, individually and as next friend of minor plaintiffs D.C., J.M., T.T., and R.T, and LAVINA GANN, individually and as next friend of  minor plaintiff, S.J., and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>　　　　　　Defendants. | Case No. 3:23-cv-04146-VC<br><br>**DECLARATION OF KYLE WONG IN SUPPORT OF THE PARTIES' JOINT STIPULATION CONCERNING THE DEADLINE TO COMPLETE PRIVATE MEDIATION**<br><br>Judge: Hon. Vince Chhabria |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DECL. OF K. WONG ISO JOINT STIP. TO
EXTEND MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC

I, Kyle Wong, declare and state as follows pursuant to 28 U.S.C. § 1746:

1. I am an attorney with Cooley LLP, counsel for Defendant Roblox Corporation ("Roblox"). I submit this declaration in support of the parties' Joint Stipulation and [Proposed] Order Adjourning Private Mediation Deadline Pursuant to Civil Local Rule 6-2. I make this declaration based on my personal knowledge and, if called as a witness, I could and would testify competently to the matters stated herein.

2. On April 18, 2024, as part of its case management procedure, the Court ordered the parties to complete private mediation by August 16, 2024 (Dkt. 78).

3. On May 14, 2024, Roblox Corporation filed a motion to dismiss Plaintiffs' Consolidated Class Action Complaint (Dkt. 87).

4. The parties have been participating in discovery and are proceeding toward initial and rebuttal class certification expert disclosure deadlines of October 31, 2024, and January 6, 2025, respectively.

5. Roblox Corporation's motion to dismiss the Plaintiffs' Consolidated Class Action Complaint (Dkt. 87) remains pending.

6. The parties have not previously requested extension of the August 16, 2024 deadline to complete mediation.

7. Because of the nature and complexity of the issues of the case and the likelihood that both sides may present expert testimony, as well as the need for additional discovery, including depositions, the parties discussed the issue and agree that a delay in the mediation date would allow for a more efficient mediation. The parties believe that mediation would be more productive with the benefit of the Court's ruling on Roblox Corporation's motion to dismiss, as well as further discovery and expert disclosures pursuant to the Court's case management order (Dkt. 78).

8. An extension of the private mediation deadline to February 7, 2025 would not impact any other deadline in this case (Dkt. 78).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

DECL. OF K. WONG ISO JOINT
STIP. TO EXT. MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC

1  Dated: August 15, 2024            Respectfully submitted,

By:    */s/ Kyle Wong*
       Kyle Wong

Attorney for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

DECL. OF K. WONG ISO JOINT
STIP. TO EXT. MEDIATION DEADLINE
CASE NO. 3:23-CV-04146-VC