**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC, <br><br> Defendants. | Case No. 3:23-cv-04146-VC <br><br> **JOINT STIPULATION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) TO DISMISS WITH PREJUDICE PLAINTIFF LAVINA GANN, INDIVIDUALLY AND AS NEXT FRIEND OF S.J.** <br><br> Judge: Hon. Vince Chhabria |

1  Plaintiff Lavina Gann, individually and as next friend of minor plaintiff S.J., ("Gann") and
2  Defendant Roblox (collectively the "Parties"), hereby stipulate as follows:
3  **WHEREAS**, Gann is a named plaintiff in this action;
4  **WHEREAS**, Roblox has served its Answer in this action;
5  **WHEREAS**, no other Defendant named by Plaintiff has appeared in this action;
6  **WHEREAS**, Gann no longer wishes to serve as a named plaintiff in this action and
7  respectfully requests to have her claims dismissed, with prejudice;
8  **WHEREAS**, the Parties have met and conferred concerning such voluntary dismissal and,
9  following such meet and confer, Roblox has consented to such dismissal with prejudice;
10  **WHEREAS**, neither Gann, nor Plaintiffs' counsel, has received any consideration in
11  exchange for this stipulation of dismissal.
12  **THEREFORE, IN LIGHT OF THE FOREGOING, IT IS HEREBY STIPULATED**
13  **AND AGREED**, by and between the Parties and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that:
14  1.  Gann is dismissed as a named plaintiff in the above-captioned action, and her claims
15      are dismissed with prejudice; and
16  2.  Each party shall bear its own costs and fees, including attorneys' fees, relating to this
17      dismissal.

Dated: March 7, 2025

| | |
|---|---|
| **LEEDS BROWN LAW, P.C.** | **COOLEY LLP** |
| By: /s/ | By: /s/ |
| BRETT R. COHEN (337543) | TIANA DEMAS* |
| (bcohen@leedsbrownlaw.com) | (tdemas@cooley.com) |
| JEFFREY K. BROWN* | KEVIN T. CARLSON* |
| (jbrown@leedsbrownlaw.com) | (ktcarlson@cooley.com) |
| One Old Country Road, Suite 347 | 110 N. Wacker Drive, Suite 4200 |
| Carle Place, NY 11514 | Chicago, IL 60606-1511 |
| Telephone: +1 516 873 9550 | Telephone: +1 312 881 6500 |
| | Facsimile: +1 312 881 6598 |
| *Attorneys for Gann Plaintiffs and the Proposed Class* | KRISTINE A. FORDERER (278745) |
| (*Admitted *Pro Hac Vice*) | (kforderer@cooley.com) |
| | KYLE C. WONG (224021) |
| | (kwong@cooley.com) |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, California 94111-4004 |
| | Telephone: +1 415 693 2000 |
| | Facsimile: +1 415 693 2222 |
| | ROBBY L.R. SALDAÑA (356226) |
| | (rsaldana@cooley.com) |
| | CAITLIN B. MUNLEY* |
| | (cmunley@cooley.com) |
| | 1299 Pennsylvania Avenue, NW, Ste. 700 |
| | Washington, D.C. 20004-2400 |
| | Telephone: +1 202 842 7800 |
| | Facsimile: +1 202 842 7899 |
| | JESSICA L. TAYLOR (339572) |
| | (jtaylor@cooley.com) |
| | 10265 Science Center Drive |
| | San Diego, California 92121-1117 |
| | Telephone: +1 858 550 6000 |
| | Facsimile: +1 858 550 6420 |
| | *Attorneys for Defendant Roblox Corporation* |
| | (*Admitted *Pro Hac Vice*) |

2
JOINT STIP. TO DISMISS WITH PREJUDICE PLAINTIFF LAVINA GANN
CASE NO. 3:23-CV-4146-VC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: __March 12, 2025__          _____

                                                   HONORABLE VINCE CHHABRIA
                                                   UNITED STATES DISTRICT COURT