```
KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
SONJA N. RILEY-SWANBECK - # 356281
SRiley-Swanbeck@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188
```

Attorneys for Cross-Defendant
BASED PLATE STUDIOS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>  Defendants. | Case No. 3:23-cv-04146-VC<br><br>**BASED PLATE STUDIOS LLC'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES**<br><br>Judge:     Hon. Vince Chhabria<br><br>Date Filed: August 15, 2023<br><br>Trial Date: None Set |
| ROBLOX CORPORATION,<br><br>  Cross-Plaintiff,<br><br>v.<br><br>SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIOS LLC, and JOHN DOE #1,<br><br>  Cross-Defendants. | |

DEFENDANT BASED PLATE STUDIOS LLC'S AMENDED RULE 7.1 CORPORATE DISCLOSURE
STATEMENT AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES
Case No. 3:23-cv-04146-VC

2883632

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Based Plate Studios LLC ("Based Plate") hereby certifies that Based Plate has no parent company and no publicly held corporation holds more than 10% of its stock.

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), for diversity jurisdiction purposes, Based Plate is a St. Vincent and the Grenadines LLC, whose members are citizens of Massachusetts and Greece.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a nonfinancial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- Based Plate Studios LLC
- Spatic LLC
- Shane Selinger, a citizen of Massachusetts
- Aristeidis Stathoulopoulos, a citizen of Greece

Dated: March 13, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Steven P. Ragland*
STEVEN P. RAGLAND
CODY S. HARRIS
JACQUIE P. ANDREANO
SONJA N. RILEY-SWANBECK

Attorneys for Cross-Defendant
BASED PLATE STUDIOS LLC