COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
KEVIN T. CARLSON*
(ktcarlson@cooley.com)
MARIAH YOUNG*
(mayoung@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone:  +1 312 881 6500
Facsimile:  +1 312 881 6598

KYLE C. WONG (224021)
(kwong@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:  +1 415 693 2000
Facsimile:  +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
CAITLIN MUNLEY*
(cmunley@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

JESSICA L. TAYLOR (339572)
(jtaylor@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:  +1 858 550 6000
Facsimile:  +1 858 550 6420

*Attorneys for Defendant and Cross-Claimant
Roblox Corporation* (*Admitted *Pro Hac Vice*)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC, <br><br> Defendants. | Case No. 3:23-cv-04146-VC <br><br> Judge: Hon. Vince Chhabria <br><br> **DECLARATION OF ROBBY L.R. SALDAÑA IN SUPPORT OF ROBLOX CORPORATION'S OPPOSITION TO BASED PLATE'S MOTION TO DISMISS THE CROSS-CLAIMS** |
| ROBLOX CORPORATION, <br><br> Cross-Claimant, <br><br> v. <br><br> SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC and JOHN DOE #1, <br><br> Cross-Defendants. | |

I, Robby L.R. Saldaña, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the bar of the Northern District of California. I am special counsel with the law firm Cooley LLP and am counsel for Defendant and Cross-Claimant Roblox Corporation ("Roblox"). I submit this declaration containing jurisdictional facts in support of Roblox's opposition ("Opposition") to Cross-Defendant Based Plate Studios LLC's ("Based Plate") motion to dismiss Roblox's cross-claims ("Cross-Claims") for lack of personal jurisdiction. I make this declaration based on my personal knowledge and/or review of documents and other material. If called as a witness, I could and would testify competently to the matters stated herein.

2. I submit this Declaration to describe (a) my understanding of the creation and operation of the Bloxflip.com website ("Bloxflip"), one of the websites at issue in this case, which changed its domain name to Bflip.com in November 2024, (b) communications with Based Plate's counsel related to jurisdictional discovery, (c) my understanding of Bloxflip's co-founders, and (d) the supporting exhibits for Roblox's Opposition.

### Bloxflip's Creation and Operation

1. I understand that Bloxflip was founded in or around 2022 by two individuals who use the online monikers "Psy" and "Aris."

2. The first archived record of the Bloxflip homepage available on the Wayback Machine with graphics is dated February 5, 2022, as reflected in Exhibit A to this Declaration. At the time, the Bloxflip homepage did not identify any owner or operator. The site included links to a Twitter account and a Discord account. Bloxflip's February 5, 2022 homepage contained a link to the site's "Terms of Service," as reflected in Exhibit B. These terms similarly did not identify any owner or operator. *Id.* Twitter (now known as X) was headquartered in San Francisco, California until September 2024. *See* Sarah Emerson, *Elon Musk Has Officially Moved X to Texas*, Forbes (Sept. 18, 2024), https://www.forbes.com/sites/sarahemerson/2024/09/18/elon-musk-has-officially-moved-x-to-texas/. Discord is headquartered in San Francisco, California. *See* Discord, Discord Company Information, https://discord.com/company-information.

3. In the archived version of Bloxflip dated April 3, 2022, Bloxflip purported to allow

users to "buy ROBUX with Credit/Debit Cards and Paypal!," as reflected in Exhibit C. Bloxflip announced that a "brand new partnership with Adurite.com allows you to instantly cash out your winnings into Roblox Limiteds." *Id.* At this time, Bloxflip's homepage still did not identify any owner or operator. The site also referenced a "new Discord."

4. In the archived version of Bloxflip dated July 5, 2022, Bloxflip identified Defendant and Cross-Defendant Studs Entertainment Ltd. ("Studs") as the owner and operator of Bloxflip, as reflected in Exhibit D. The Bloxflip homepage linked to Twitter and Discord channels.

5. The same archived version of Bloxflip dated July 5, 2022, linked to the Terms of Service ("July 2022 ToS") reflected in Exhibit E. The July 2022 ToS described Bloxflip as "a skins betting service that allows users to play a variety of chance-based games ('Games') using Roblox skins ('Limiteds') and the virtual in-game currency used by players of Roblox ('Robux')." The July 2022 ToS provided for "exclusive jurisdiction and venue in, and only in, Orange County, Florida" for disputes related to the Terms of Service. The Terms of Service identified "Walter Law Group," a law firm based in Orange County, Florida.

6. The archived version of Bloxflip dated July 25, 2022 shows that the site was undergoing a redesign, as reflected in Exhibit F to this Declaration. Bloxflip added new ways to reach its users, as reflected in said Exhibit. In particular, the homepage linked to a Twitch channel at the following URL: https://www.twitch.tv/bloxflip_official. Twitch is headquartered in San Francisco, California. *See* Twitch, Terms of Service, [https://www.twitch.tv/p/en/legal/terms-of-service/](https://www.twitch.tv/p/en/legal/terms-of-service/) ("The Twitch Services are offered by: Twitch Interactive, Inc., 350 Bush Street, 2nd Floor, San Francisco, CA 94104). Bloxflip also included a new heading for "Help," which included a "Live support" option. The live support option linked to a Bloxflip Help Center. The Bloxflip Help Center was hosted by Intercom, as reflected in Exhibit G. Intercom is a company headquartered in San Francisco, California. *See* Intercom, Careers, https://www.intercom.com/careers?redirect_from=/careers/san-francisco ("San Francisco. The center of the tech universe, and our HQ.").

7. A company called EthicalDevs based in Wyoming states that it has been responsible

1  for "revamping Bloxflip," as reflected in Exhibit H.  A case study published to EthicalDevs's website describes the location of the project as "USA" and the project timeline as "Aug 2022 – present."  EthicalDev has provided "backend development" work to Bloxflip.  EthicalDev's homepage contains a "testimonial" from "Shane S., Co-founder, Bloxflip – USA," as reflected in Exhibit I.

8.   The archived version of the Bloxflip Help Center dated September 19, 2022 contained a Help Center page titled "About BloxFlip," attached as Exhibit J. The Help Center page stated: "We are a website for gamblingyour Robux." Under the question "Is BloxFlip Illegal?", the Help Center Page stated: "Using any 3rd party application there is a possibility of being banned but since there are no bots in between and everything is fully automated with P2P transactions, the odds are very low. Since we are using your cookie for this automation you will likely not encounter any suspicion from Roblox. Although there is a very slim chance I cannot guarantee there is no possibility of being banned.  Generally you are very safe when using our website or any affiliated."

9.   The archived version of Bloxflip dated November 27, 2022 disclosed further information about Studs, as reflected in Exhibit K.  Specifically, the homepage stated that "Bloxflip is a brand name of STUDS ENTERTAINMENT LTD, Reg No: HE 436022, Having it's registered address at 7, Stasandrou, Flat/Office 101, Nicosia, 1060 Cyprus".

10.  The archived version of Bloxflip dated July 2, 2023 continued to list Studs as the owner and operator of Bloxflip, as reflected in Exhibit L. The Bloxflip homepage again reflected that "Bloxflip is a brand name of STUDS ENTERTAINMENT LTD, Reg No: HE 436022, Having it's registered address at 7, Stasandrou, Flat/Office 101, Nicosia, 1060 Cyprus."  The page also listed the following phone number for Studs:  (+357) 232 32 032.  I understand that the country code +357 is associated with Cyprus.

11.  On or about August 1, 2023, BP Games US, Inc., was incorporated in Delaware, by Shane Selinger, as reflected in Exhibit M.

12.  The archived version of Bloxflip dated August 5, 2023 identifies Bloxflip as a "brand name of Baseplate GAMES," as reflected in Exhibit N to this Declaration.

13.  On or about August 15, 2023, Plaintiffs filed the first complaint in this case, which

named Studs as a Defendant. Dkt. 1. Plaintiffs alleged that "Studs owns and operates … Bloxflip." *Id.* ¶33.

14. The archived version of Bloxflip dated August 31, 2023 reverted to displaying Studs as the website's operator, as reflected in Exhibit O.

15. On or about January 26, 2024, Plaintiffs served Studs with the first complaint at the registered address for Studs in Cyprus. Dkt. 62.

16. The archived version of Bloxflip dated February 27, 2024 contained a Help Center page titled "How to Login," attached as Exhibit P. This page explained that "In order for Bloxflip to operate correctly, we require access to your Roblox account." The page also stated: "There are two ways you can sign into BloxFlip. By providing us with your Roblox credentials or security cookie." The page included screenshots and instructions. The Bloxflip Help Center from the same date included another page titled "Free Robux," attached as Exhibit Q. The page identified affiliates of Bloxflip where users could purportedly earn "free robux." In response to the question "are these sites illegal as well?", the page stated: "All websites that are third-party users of ROBLOX are classified against the Terms of Service. Termination and flagged accounts will not be under our responsibility, please use the website at your own risk and under your own authority."

17. On March 11, 2024, Plaintiffs moved for entry of default against Studs. Dkt. 63.

18. The archived version of Bloxflip dated March 12, 2024 continued to identify Studs as the owner and operator of Bloxflip, as reflected in Exhibit R.

19. On or about March 13, 2024, Based Plate was incorporated as an LLC in St. Vincent and Grenadines ("SVG"), as reflected in the results of an entity search for Based Plate on the publicly accessible website for the Financial Services Authority of SVG, attached as Exhibit S.

20. On March 15, 2024, the Clerk of the Court entered a default against Studs. Dkt. 64.

21. On or about April 17, 2024, a YouTube user using the online moniker "RoZone" began to raise questions about whether Bloxflip was "about to exit scam." *See* RoZone, *Is Bloxflip About to Exit Scam* (Apr. 17, 2024), https://www.youtube.com/watch?v=MwlbmkJTcqA. In the video, RoZone displayed a message posted to a Discord channel on March 31, 2024 stating that "it is time to link your Bloxflip account with your BloxGame account!" Thereafter, in his video,

1   RoZone showed a screenshot of the complaint filed in this case while noting that "in the lawsuit, the specific entity being sued is not Bloxflip the website, but rather the company that owns it which is Studs Entertainment Limited, so I directly asked the owners whether or not the move had anything to do with the lawsuit…" Thereafter, RoZone displayed a screenshot of a chat communication directed to "psy" and April 1, 2024. RoZone stated that he asked Psy whether the move to BloxGame had "anything to do with the 5 million dollar class action lawsuit which is currently against bloxflip?" RoZone also asked Psy "Is bloxgame owned by the same company as bloxflip (STUDS ENTERTAINMENT LTD). If not, why not?" RoZone stated that "the owner I contacted has so far refused to answer any of my questions."

22.     On May 5, 2024, RoZone posted another YouTube video concerning Bloxflip to discuss what he characterized as the response from Bloxflip to his April 17 video. *See* RoZone, Bloxflip LIED! (May 5, 2024), https://www.youtube.com/watch?v=zF6lEqM-8uY. In the video, RoZone showed a screenshot of a Discord chat dated March 30, 2024 from "RedVersa, the marketing director at Bloxflip." In a screenshot of the chat, RoZone asked whether the move to BloxGame had "anything to do with the 5 million dollar class action lawsuit which is currently against bloxflip?" RedVersa responded: "So this would also be a question for psy, as I am only in the marketing team…" In the video, RoZone noted he "sent Psy a list of my questions and then waited over two weeks with no response before I posted the video," *i.e.* the video titled "Is Bloxflip About to Exit Scam." Later in his video, RoZone noted that papers related to the lawsuit had been "hand delivered" to Michael Chambers, an attorney for Studs, and that Studs had failed to respond. RoZone included a screenshot of a chat message from "Aris" dated April 18, 2024, stating: "Broski we're a european company, in europe lawsuits don't work like that." RoZone included a second screenshot from "Aris" dated April 18, 2024, which stated "An American court, can not make a judgement on a european company."

23.     In archived versions of Bloxflip dated August 9, 2024 and thereafter, the Bloxflip homepage identified "Based Plate Studios LLC" as the site's owner and operator, with a registered address of Suite 305, Griffith Corporate Centre, Beachmont, Kingstown, SVG, as reflected in Exhibit T. Based Plate had the same phone number as Studs: (+357) 232 32 032. The Bloxflip

homepage also contained hyperlinks to Discord, Twitch, and X.

24. The archived version of Bloxflip dated September 2, 2024 displayed an FAQ page, as reflected in Exhibit U. In response to the question "1 – What is BloxFlip?", the page displayed the following response: "BloxFlip is the #1 social casino for wagering ROBUX! Deposit fiat, crypto, ROBUX, and limiteds to receive a balance on the site to start playing! Cashout your ROBUX into your account or choose from our large selection of Limiteds to cash out to as well." In response to the question "2 – Why do you need my password/cookie?", the page displayed the following response "This is needed so that you can deposit ROBUX from your account with your onsite balance. We don't hold your ROBUX when you deposit it, but rather we utilize a p2p system for our withdraws which would not be possible without access to your account. It also makes it more convenient and faster to receive your ROBUX and Limiteds from withdraws. We use state-of-the-art encryption and security measures to store your cookie and we do not have access to your password. With millions of ROBUX processed through our website every day, rest assured that you will not need to worry." The FAQ stated that Bloxflip "is registered under the company entity 'Based Plate Studios LLC'."

25. The archived version of Bloxflip dated September 21, 2024 displayed a Terms of Service, as reflected in Exhibit FF. In relevant part, the Terms included a subsection titled "F. FTC Guidelines," under Section 6. The document listed several requirements related to "affiliate and/or 'influencer' marketing, including the Disclosures 101 for Social Media Influencers."

26. The archived version of Bloxflip dated September 21, 2024 displayed a Privacy Policy, as reflected in Exhibit V. The Privacy Policy identified Studs as the entity that owned Bloxflip, even though the footer of the website listed Based Plate. The Privacy Policy identified "legal@bloxflip.com" as a method to contact Bloxflip. The Privacy Policy also contained a dedicated section for California residents under the heading "12. Do California Residents Have Specific Privacy Rights?" The Privacy Policy provided that "If you are a California resident and would like to make such a request, please submit your request in writing to us using the contact information provided below." The Privacy Policy also provided detailed information about the "categories of information" Bloxflip had collected in the past 12 months, in order to comply with

California law, including the California Consumer Protection Act ("CCPA").

27. On November 14, 2024, my colleague sent a cease-and-desist ("C&D") letter to Based Plate on Roblox's behalf via email (legal@bloxflip.com and b38c19282a684c4cba7d1005972ba3e4.protect@withheldforprivacy.com) and by mailing a copy of the letter to Based Plate's registered address in SVG. The C&D letter reiterated to Based Plate and its agents that their use of the Roblox Platform was unauthorized, required that they close any and all Roblox accounts that they were using, and required that they agree to never access Roblox's services again. The C&D letter also required that Based Plate and its agents cease their illegitimate uses of Roblox's trademarks on Bloxflip and in advertisements for Bloxflip.

28. Following the C&D letter, on November 16, 2024, I navigated to Bloxflip and took the below screenshots.

　　a. On the homepage, I noticed that Bloxflip had changed its display name to "Bflip":



　　b. I noticed that the Bloxflip login page continued to request a Roblox username:



c. I also noticed that Bloxflip changed its FAQ to replace references to "Robux" with "FlipCoins." The FAQ described the same "need" for a "password/cookie" as Based Plate had described in its earlier version of the FAQ reflected in Exhibit U:

29. On November 17, 2024, Yasamin Parsafar, a partner in the San Francisco office of the law firm Sheppard, Mullin, Richter & Hampton LLP ("Sheppard Mullin") sent my colleague an email concerning the C&D letter. Ms. Parsafar wrote: "We represent Based Plate Studios LLC (Bloxflip.com) in various matters. We are in receipt of your letter dated November 14, 2024 regarding Roblox's allegations related to its Terms of Use and trademarks. We are reviewing this matter and will follow up as soon as we complete our review to work with you to try to resolve the issues."

30. On November 20, 2024, Roblox filed its amended answer and Cross-Claims. Dkt. 119. Roblox named Based Plate as a Cross-Defendant.

31. Between December 3 and December 5, 2024, my colleague attempted to communicate with Ms. Parsafar multiple times about whether she could accept service of the cross-claims and summons for Based Plate. On December 4, 2024, Ms. Parsafar sent an email stating, in relevant part: "We have not been engaged to represent Based Plate in litigation and thus we are not authorized to accept service on their behalf at this time." On December 5, 2024, Ms. Parsafar informed my colleague that her firm represented Based Plate in many other non-litigation matters.

32. On or about December 9, 2024, Ms. Parsafar informed my colleagues and me that "Based Plate has decided to shut down its BloxFlip operations for business reasons."

33. After receiving Ms. Parsafar's email, a colleague of mine took a screenshot of the Bloxflip homepage, as reflected in Exhibit W. The homepage displayed a post titled "Bflip Is Shutting Down." The shutdown message stated, in relevant part, that "Since the inception of BFlip, we have always operated in strict compliance with all legal and regulatory guidelines. Recently, however, the legal team representing ROBLOX has begun to apply pressure compelling us to cease operations. Shutting down now gives us the opportunity and time to begin refunding our users quickly and safely. Our team is committed to ensuring that any remaining FlipCoin balance can be queued for a card refund, or a withdrawal. You can see the progress of all refunds on our site below, as well as your position in the queue."

34. By mid-2024, Roblox had developed and deployed bespoke signals to detect virtual content transactions by Roblox users who may have used Bloxflip and to moderate the

corresponding Roblox accounts. My understanding of Roblox's records is that at least 8,394 of the Roblox accounts moderated using these signals during the period between August 1, 2024 and December 31, 2024, had account sign-up Internet Protocol ("IP") addresses that resolved to California. Based Plate was the owner and operator of Bloxflip during this period.

35. Bloxflip remains accessible, as reflected in Exhibit X.

36. At some point, Based Plate replaced the Bloxflip Privacy Policy reflected in Exhibit V with a different Privacy Policy for BloxGame ("BloxGame Privacy Policy") but which is posted to Bloxflip. BloxGame is a different website. The BloxGame Privacy Policy is reflected in Exhibit Y. The corporate entity referenced in the BloxGame Privacy Policy is "Bazooki Studios Ltd. (doing business as BloxGame)."

37. Publicly accessible records show that Bloxflip uses Cloudflare, Inc. ("Cloudflare") as a DNS provider, as reflected in Exhibit AA. Cloudflare is a San Francisco-based company. *See* Cloudflare, https://www.cloudflare.com/website-terms/. As reflected in Exhibits AA–DD, each one of the addresses listed in the DNS records resolves to an IP address located in San Francisco, California. Publicly accessible records also show that bflip.com (the URL to which Bloxflip redirects) uses content delivery network services provided by Cloudflare, as reflected in Exhibit EE.

38. Roblox has repeatedly requested that Based Plate provide jurisdictional discovery if it would continue to dispute whether this Court has personal jurisdiction over it. I made requests for such discovery during a conferral with Based Plate's counsel on March 6, 2025, and in an email dated March 7, 2025. To-date, Based Plate has not agreed to provide any jurisdictional discovery to Roblox.

**Bloxflip's Co-Founders**

39. As discussed above, the co-founders of Bloxflip have used the online monikers "Psy" and "Aris."

40. Based on my review of Roblox records, my understanding is that Roblox's records show an email address with the name "Shane Selinger" associated with a Roblox account called "psyduckc". I also understand that, since at least 2016, Roblox has repeatedly moderated accounts

1  associated with Mr. Selinger for violations of the Roblox Terms of Use. Roblox has also deleted
2  multiple Roblox accounts associated with Mr. Selinger.

3      41. Based on my review of Roblox records, my understanding is that Roblox has
4  moderated accounts associated with an individual named Aristeidis Stathoulopoulos located in
5  Greece for violations of the Roblox Terms of Use. Roblox has also deleted multiple Roblox
6  accounts associated with Mr. Stathoulopoulos. "Aris" is a shorthand for "Aristeidis."

### Supporting Exhibits for Roblox's Opposition

8      42. **Exhibit A** to this Declaration is a true and correct copy of a PDF showing the Bloxflip
9  homepage as of February 5, 2022, as displayed on the Wayback Machine at the following publicly
10 accessible URL: https://web.archive.org/web/20220205020855/https://bloxflip.com/crash. A colleague
11 obtained the PDF by visiting the Wayback Machine on March 20, 2025, searching for bloxflip.com,
12 clicking on an available capture from February 5, 2022, and printing the webpage to PDF.

13     43. **Exhibit B** to this Declaration is a true and correct copy of a PDF showing the Bloxflip
14 Terms of Service on February 5, 2022, as displayed on the Wayback Machine at the following publicly
15 accessible URL: https://web.archive.org/web/20220205020855/https://bloxflip.com/terms. I obtained
16 the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on
17 an available capture from February 5, 2022, clicking on "Terms of Services", and printing the webpage
18 to PDF.

19     44. **Exhibit C** to this Declaration is a true and correct copy of a PDF showing the Bloxflip
20 homepage as of April 3, 2022, as displayed in the Wayback Machine at the following publicly accessible
21 URL: https://web.archive.org/web/20220403152859/bloxflip.com. I obtained the PDF by visiting the
22 Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture
23 from April 3, 2022, and printing the webpage to PDF.

24     45. **Exhibit D** to this Declaration is a true and correct copy of a PDF showing a portion of
25 the Bloxflip homepage as of July 5, 2022, as displayed in the Wayback Machine at the following
26 publicly accessible URL: https://web.archive.org/web/20220705071244/bloxflip.com. A colleague of
27 mine obtained the PDF by visiting the Wayback Machine on March 21, 2025, searching for
28 bloxflip.com, clicking on an available capture from July 5, 2022, scrolling to render the footer visible,

capturing the resulting screen, and printing it to PDF.

46.     **Exhibit E** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Terms of Service as of July 5, 2022, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20220705071244/https://bloxflip.com/terms. I obtained the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture from July 5, 2022, clicking on the Terms of Service, converting the page to printer-friendly version after the content of the page would not render if I printed to PDF, and then printing the printer-friendly version of the webpage to PDF.

47.     **Exhibit F** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of July 25, 2022, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20220725212036/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture from July 25, 2022, and printing the webpage to PDF.

48.     **Exhibit G** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Help Center as of July 25, 2022, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20220725212035/https://intercom.help/bloxflip/en/. I obtained the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture from July 25, 2022, clicking on "Live support" under "Help," and printing the webpage to PDF.

49.     **Exhibit H** to this Declaration is a true and correct copy of a PDF showing a case study webpage published by Ethical Devs at the following publicly accessible URL: https://ethicaldevs.tech/case-study-bloxflip/. I obtained the PDF by visiting the webpage on March 16, 2025, and printing the webpage to PDF.

50.     **Exhibit I** to this Declaration is a true and correct copy of a PDF of the homepage for Ethical Devs at the following publicly accessible URL: https://ethicaldevs.tech/. I obtained the PDF by visiting the webpage on March 19, 2025, and printing the webpage to PDF.

51.     **Exhibit J** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Help Center as of September 19, 2022 as displayed in the Wayback Machine at the following publicly

accessible URL: https://web.archive.org/web/20220919041141/https://help.bloxflip.com/en/articles/6146360-about-bloxflip. I obtained the PDF by visiting the Wayback Machine on March 21, 2025, searching for intercom.help/bloxflip.com/en, clicking on an available capture from September 19, 2022, clicking "General Information," clicking "About BloxFlip," and printing the webpage to PDF.

52. **Exhibit K** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of November 27, 2022, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20221127193958/bloxflip.com. I obtained the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture from November 27, 2022 and printing the webpage to PDF.

53. **Exhibit L** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of July 2, 2023, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20230702062602/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on December 13, 2024, searching for bloxflip.com, clicking on an available capture from July 2, 2023, and printing the webpage to PDF.

54. **Exhibit M** to this Declaration is a true and correct copy of the corporate formation document for BP Games US, Inc, as received on March 10, 2025. I obtained this copy by requesting on March 10, 2025, that a colleague with my firm order the corporate formation documents from the Delaware Secretary of State through a vendor.

55. **Exhibit N** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of August 5, 2023, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20230805232305/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on December 12, 2024, searching for bloxflip.com, clicking on an available capture from August 5, 2023, and printing the webpage to PDF.

56. **Exhibit O** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of August 31, 2023, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20230831024531/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on December 15, 2024, searching for bloxflip.com, clicking on an available capture from August 31, 2023, and printing the webpage to PDF.

57.     **Exhibit P** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Help Center as of February 27, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240227190728/https://help.bloxflip.com/en/articles/6146154-how-to-login. I obtained the PDF by visiting the Wayback Machine on March 8, 2025, searching for intercom.help/bloxflip.com/en, clicking on an available capture from February 28, 2024, clicking on "Account," which caused the page to redirect to a capture dated February 27, 2024, clicking "How to Login," and printing the webpage to PDF.

58.     **Exhibit Q** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Help Center as of February 27, 2024, as displayed in the Wayback Machine at the following publicly accessible URL:https://web.archive.org/web/20240227192537/https://help.bloxflip.com/en/articles/6146655-free-robux. I obtained the PDF by visiting the Wayback Machine on March 8, 2025, searching for intercom.help/bloxflip.com/en, clicking on an available capture from February 28, 2024, clicking "Giveaways," which caused the page to redirect to a capture dated February 27, 2024, clicking "Free Robux," and printing the webpage to PDF.

59.     **Exhibit R** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of March 12, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240312211112/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on March 17, 2025, searching for bloxflip.com, clicking on an available capture from March 12, 2024, and printing the webpage to PDF.

60.     **Exhibit S** is a true and correct copy of a PDF showing the entity name search results for "Based Plate" through the St. Vincent and the Grenadines Financial Service Authority, which are publicly accessible at the following URL available: https://svgfsa.com/company-name-search/. I obtained the PDF by visiting the URL on March 19, 2025, searching for "Based Plate" in the search bar, and printing the webpage to PDF.

61.     **Exhibit T** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of August 9, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240809032326/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on December 12, 2024, searching for

bloxflip.com, clicking on available capture from August 9, 2024, and printing the webpage to PDF.

62.     **Exhibit U** to this Declaration is a true and correct copy of a PDF showing the Bloxflip FAQ webpage as of September 2, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240902055246/https://bloxflip.com/. I obtained the PDF by visiting the Wayback Machine on March 21, 2024, searching for bloxflip.com, clicking on an available capture from September 2, 2024, clicking on "FAQ," and printing the webpage to PDF.

63.     **Exhibit V** to this Declaration is a true and correct copy of a PDF showing the Bloxflip Privacy Policy as of September 21, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240921152641/https://bloxflip.com/privacy-policy. I obtained the PDF by visiting the Wayback Machine on March 21, 2025, searching for bloxflip.com, clicking on an available capture from September 21, 2024, clicking on "Privacy Policy", and printing the webpage to PDF.

64.     **Exhibit W** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of December 9, 2024.  A colleague of mine obtained the PDF by visiting bloxflip.com on December 9, 2024 and printing the webpage to PDF.

65.     **Exhibit X** to this Declaration is a true and correct copy of a PDF showing the Bloxflip homepage as of March 21, 2025. I obtained the PDF by visiting bloxflip.com on March 21, 2025 and printing the webpage to PDF.

66.     **Exhibit Y** to this Declaration is a true and correct copy of a PDF showing the Privacy Policy accessible on Bloxflip as of March 21, 2025. I obtained the PDF by visiting bloxflip.com on March 21, 2025, clicking the "Login" button, clicking "Privacy Policy," and printing the webpage to PDF.

67.     **Exhibit Z** to this Declaration is a true and correct copy of a PDF showing the results of a Cloudflare URL scan at the following publicly accessible URL: https://radar.cloudflare.com/domains/domain/bloxflip.com. I obtained the PDF by visiting https://radar.cloudflare.com/scan on March 21, 2025, entering "bloxflip.com" into the URL scanner, clicking on "DNS," clicking "Domain Information," and printing the webpage to PDF.

68.     **Exhibit AA** to this Declaration is a true and correct copy of a PDF showing the

results of an IP address lookup at the following publicly accessible URL: https://whatismyipaddress.com/ip/104.18.30.95. I obtained the PDF by visiting https://whatismyipaddress.com/ip-lookup on March 21, 2025, entering "104.18.30.95" into the search bar under "Look up IP Address Location," and printing the webpage to PDF.

69. **Exhibit BB** to this Declaration is a true and correct copy of a PDF showing the results of an IP address lookup at the following publicly accessible URL: https://whatismyipaddress.com/ip/104.18.31.95. I obtained the PDF by visiting https://whatismyipaddress.com/ip-lookup on March 21, 2025, entering "104.18.31.95" into the search bar under "Look up IP Address Location," and printing the webpage to PDF.

70. **Exhibit CC** to this Declaration is a true and correct copy of a PDF showing the results of an IP address lookup at the following publicly accessible URL: https://whatismyipaddress.com/ip/2606:4700::6812:1e5f. I obtained the PDF by visiting https://whatismyipaddress.com/ip-lookup on March 21, 2025, entering "2606:4700::6812:1e5f" into the search bar under "Look up IP Address Location," and printing the webpage to PDF.

71. **Exhibit DD** to this Declaration is a true and correct copy of a PDF showing the results of an IP address lookup at the following publicly accessible URL: https://whatismyipaddress.com/ip/2606:4700::6812:1f5f. I obtained the PDF by visiting https://whatismyipaddress.com/ip-lookup on March 21, 2025, entering "2606:4700::6812:1f5f" into the search bar under "Look up IP Address Location," and printing the webpage to PDF.

72. **Exhibit EE** to this Declaration is a true and correct copy of a PDF showing the results of a Cloudflare URL scan at the following publicly accessible URL: https://radar.cloudflare.com/scan/0d8a39f1-a6c3-40ee-91d1-491824ce56eb/summary. I obtained the PDF by visiting https://radar.cloudflare.com/scan on March 21, 2025, entering "bflip.com" into the URL scanner, and printing the webpage to PDF.

73. **Exhibit FF** to this Declaration is a true and correct copy of a PDF showing the Bloxflip "Terms of Services" as of September 21, 2024, as displayed in the Wayback Machine at the following publicly accessible URL: https://web.archive.org/web/20240921152641/https://bloxflip.com/terms. I obtained the PDF by visiting the Wayback Machine on March 21, 2025, searching for bloxflip.com,

Cooley LLP
Attorneys at Law

17

Decl. of R. Saldaña ISO Roblox Corp.'s
Opposition to Based Plate's MTD
3:23-cv-04146-VC

clicking on an available capture from September 21, 2024, clicking on "Terms of Service", and printing the webpage to PDF.

74. I declare that the foregoing is true and correct. Executed this March 21, 2025 in Washington, D.C.

*/s/ Robby L.R. Saldaña*
Robby L.R. Saldaña