# EXHIBIT H



(https://ethicaldevs.tech)

(tel:+16288952706)    **+1 628 895 2706 (tel:+16288952706)**

# Case Study: BloxFlip

Florian Lowe(https://ethicaldevs.tech/author/florian/)
October 24, 2022(https://ethicaldevs.tech/2022/10/24/)



---

## Share This Post

   

---

Privacy - Terms

1/7



[(https://ethicaldevs.tech)](https://ethicaldevs.tech)

(tel:+16288952706)

**+1 628 895 2706** (tel:+16288952706)

## Table of Contents

1. Revamping Bloxflip
   1.1. Overview
   1.2. Project Details
   1.3. What they say about us:
   1.4. Working Together
   1.5. Challenges and Solutions
      1.5.0.1. Challenge 1: Multiple payment methods
      1.5.0.2. Solution:
      1.5.0.3. Challenge 2: Admins Audit
      1.5.0.4. Solution:
   1.6. Key features
2. You can have this too!

# Revamping Bloxflip

## Overview

Bloxflip is a gambling site where you can gamble your Robux against other players.

There are 6 modes to play: Crash, Cups, Shuffle, Wheel, Plinko, and Cases. You can also earn Robux from affiliate links. Create a link and share the website with your friends to earn a portion of what they bet! You can get started by depositing Robux through: Ro.Market, Coinbase, VISA/Credit, or Blox.Land!

## Project Details

**Service**: Back-end Development

**Industry**: Gaming

**Platform**: Web

**Location**: USA

**Website**: [(https://bloxflip.com)https://bloxflip.com (https://bloxflip.com)](https://bloxflip.com)

**Timeline**: Aug 2022 – Present

**Budget**: Confidential

## What they say about us:

*"Ethical Devs is the best team we've worked with. They communicate and articulate themselves well and are fast learners. They make sure that they have an understanding of the project or update, and always ask questions if they are not sure of something. They are excellent Java coders in both semantics and structuring the project in a clean and modular way. They're always reliable and I've never had any issues working with them, I hope to continue to work with them. Don't hesitate to work with them!"*

**CEO, BloxFlip**

[(https://ethicaldevs.tech)](https://ethicaldevs.tech) (tel:+16288952706) **+1 628 895 2706** (tel:+16288952706)



(https://calendly.com/florian-lowe/consultation)

## Working Together

Revamping Bloxflip is an ongoing project. We are responsible for revamping their back end by making it more performant and secure. We put transparent communication at the center of our collaboration and this resulted in a top-notch product with a smooth user experience.

## Challenges and Solutions

### Challenge 1: Multiple payment methods



The client wanted to add multiple payment methods. The most challenging methods to implement were crypto payments and gift card payments. They were challenging because of some special KYC restrictions required by these APIs.

## Solution:

We used Coinbase third party API for crypto deposits and Paygarden API for gift cards deposit. We implemented a process that made sure that a user's account is credited only when a successful deposit is detected.

## Challenge 2: Admins Audit

The Bloxflip website has an admin panel used to ensure users respect the website's rules. We were to create a feature that keeps track of critical actions carried out by an admin like banning a user, muting a user etc. This feature was challenging because there were many possible actions that could be carried out by an admin.

## Solution:

We are not afraid of complex tasks. We believe team collaboration always leads to the best solutions. We had a brainstorming meeting with the development team and the CTO and in the end, we came up with the best audit log schema to save the least amount of data while getting the most insights into all administrators' actions.

[ETHICAL DEVS logo] (https://ethicaldevs.tech)   📞 (tel:+16288952706)   +1 628 895 2706 (tel:+16288952706)

## Key features



Below are some of the key features we implemented in Bloxflip.

1. **Affiliate Sign Up**: Enable users to be able to refer others. Both the referrer and the referee earn robux after Sign up process is completed.
2. **Strong Fraud Check**: Every platform that handles monetary transactions should have a fraud check system. We implemented a number of processes to.
3. **Multiple Game Modes**: There are currently six modes supported by Bloxflip. Each mode was developed to provide the best experience to players.

## You can have this too!

We believe fast, secured, and beautiful Web applications should not be available to multi-million dollar companies only. We want to make it possible for businesses like yours to own applications as complex and performant as Bloxflip.



(https://calendly.com/florian-lowe/consultation)

nicaldevs.tech/importance-of-project-management/)

5/7




+1 628 895 2706 (tel:+16288952706)

## More To Explore




**Immersive Fitness: The Future Of Virtual Reality In Home Workouts (Https://Ethicaldevs.Tech/Immersive-Fitness-The-Future-Of-Virtual-Reality-In-Home-Workouts/)**

As technology continues to redefine our lives, it's also reshaping the way we exercise. Long gone are the days when fitness was confined to the

emanuella  •  November 10, 2023



**App Localization: How To Tailor Your Fitness App For Different Markets (Https://Ethicaldevs.Tech/App-Localization-How-To-Tailor-Your-Fitness-App-For-Different-Markets/)**

Today, we're going to dive deep into a concept that's gaining increasing importance in the app world – app localization. Have you ever wondered why

Florian Lowe  •  November 3, 2023

## LET'S GET STARTED TODAY!



ETHICAL DEVS
INNOVATIVE SOLUTIONS
(https://ethicaldevs.tech)

Share the problem you want to solve with us.

(tel:+16288952706) +1 628 895 2706 (tel:+16288952706)

Name

Email

Telephone

Your message

Send message



© Copyrights 2024 Reserved By Ethical Devs.

Connect with us:

in (https://www.linkedin.com/company/ethicaldevs/)

**INDUSTRIES**

Fitness and Health Care

Finance

Education

Games

**SOFTWARE DEVELOPMENT**

Backend Development

Web Application Development

Mobile App Development

DevOps & Solution Architecture

Dedicated Teams

**CONTACT**

Sheridan, Wyoming, USA
Douala, Cameroon

(tel:+16288952706) +1 628 895 2706 (tel:+16288952706)

(mailto:info@ethicaldevs.tech) info@ethicaldevs.tech (mailto:info@ethicaldevs.tech)