# EXHIBIT I



ETHICAL DEVS
INNOVATIVE SOLUTIONS

📞 **+1 628 895 2706**
(tel:+16288952706)    **(tel:+16288952706)**

(https://ethicaldevs.tech)

## Get Your Business Soaring with Affordable & Premium Web Development Services

Fast, secured and beautiful web applications should not be available to multi-million dollar companies only. We want to make it possible for small and medium-sized businesses, and even individuals to acquire world-class web applications to bring their ideas to life at a low cost.

Book a FREE Consultation
(https://calendly.com/florian-lowe/consultation)



# Our Clients

**Be the next on our Wall of Fame.**

 ATHLO

### Athlo

Any class, any gym anywhere.

(https://athlo.app )

 neero

### Neero

Financial Services for every one

(https://neero.io )

 Bloxflip

### Bloxflip

The #1 Robux Gambling Website

(https://athlo.app )          (https://neero.io )          (https://bloxflip.com )

# Why Choose Us

We provide the greatest consumer-centered solutions

Case 3:23-cv-04146-VC    Document 150-10    Filed 03/21/25    Page 3 of 6



### Rigorous Testing

For reliability, we make sure the end-users interface is bug-free before final deployment. A proactive measure for cost effectiveness.



### Realistic Collaboration

As an integral part of the team, clients' inputs are valuable. Worried about technical language? We have skilled project managers as middlemen.



### Reasonable Pricing

We source skilled talents globally to provide best price-quality ratio. Further, we incorporate agile methodologies and DevOps strategies for high performance.

# Engagement Models

Depending on your project specifics and needs, you can choose from

## Pay as You Go

High-performing, on-demand teams. Pay only for hours spent

- Services Include Maintain & support your existing product.
- Ideal for projects with constantly increasing requirements

## Fixed Price

Our "Risk-buster" Approach to software development.

- Visualize your final product without spending on development.
- Ideal for projects with clear requirements.

Our fully remote team comprises of highly skilled individuals from across the globe to provide you with top-notch solutions. With our virtual capabilities and expertise, we can help you achieve your goals no matter where you are

Let's Talk

Case 3:23-cv-04146-VC    Document 150-10    Filed 03/21/25    Page 4 of 6

Premium Web & Software Development Services - Ethical Devs

# Technologies we love

Leverage our cutting edge technology solutions to take your small or medium sized business to new heights and stay ahead of the competition. Let's bring your innovative ideas to life using cost-effective and agile methods.

## Back-end

- Spring Boot
- Play
- Django
- WordPress
- Scala

## Website Front-end

- React JS
- Flutter
- Vue JS

## Mobile Front-End

- React Native
- Swift
- Objective-C
- Android

## DevOps

- TeamCity
- AWS
- Sonarqube
- Docker
- Kubernetes

## Graphic Design

- Figma
- Framer
- Adobe Photoshop

## Database

- PostgreSQL
- MySQL
- MongoDB

# Testmonials that speak

From collaborations with clients from various parts of the globe

Case 3:23-cv-04146-VC    Document 150-10    Filed 03/21/25    Page 5 of 6

*We teamed up with Ethical Devs to engineer an outstanding web app. Their technical prowess combined seamlessly with our industry insight, resulting in a dynamic digital tool that perfectly complements our commitment to innovation.*

**Shane S.**
Co-Founder, Bloxflip - USA

Ready when you are !
(https://calendly.com/florian-lowe/consultation)

# LET'S GET STARTED TODAY!

Share the problem you want to solve with us.

Name

Email

Telephone

Your message

Send message

**INDUSTRIES**

Fitness and Health Care

Finance

Education

© Copyrights 2024 Reserved By Ethical Devs.

Games

Connect with us:    in
(https://www.linkedin.com/company/ethicaldevs/)

**SOFTWARE DEVELOPMENT**

Backend Development

Web Application Development

Mobile App Development

DevOps & Solution Architecture

Dedicated Teams

**CONTACT**

Sheridan, Wyoming, USA
Douala, Cameroon

+1 628 895 2706 (tel:+16288952706)
(tel:+16288952706)

info@ethicaldevs.tech
(mailto:info@ethicaldevs.tech)
(mailto:info@ethicaldevs.tech)