# EXHIBIT 8

Aug 26 · 4 min read

# Hey guys. Psy here

As Bloxflip's co-founders, Aris and I have been immensely proud to watch the platform flourish over the past two years. It's been all beyond our wildest expectations. From developing this project as college kids alongside loyal volunteers to being the #1 ROBLOX betting site entertaining millions of users around the world, it has been, and continues to be, an amazing journey. We wanted to share some words of gratitude with this update.



To everyone who has played on and supported the site, thank you! BloxFlip continues to evolve, from design and performance to the selection of games and everything in between. We're just so grateful for our community sticking with us, even through some rough patches, to find ourselves here today. In the interest of transparency, you will be hearing from the leadership team here regularly and will always hear the good, the bad, and the ugly of bringing you this platform. If you didn't hear it from us, it isn't reliable information. If you hear it from us, then it's the truth of the situation.
I'll continue to keep all of you updated each month about any platform updates and what's to come! Here are some key recent updates to keep you in the loop.

### New Games!
We're hard at work on not only improving our existing games so that they're more fun and engaging but also adding new ones. Here are some of the few we pushed out recently:

<u>Dice:</u> Our most recent addition is Dice, an exhilarating game where you can customize your odds and roll for a chance to multiply your ROBUX!
<u>Crash:</u> We've also revamped Crash with brand new animations, see the rocket fly across the galaxy and cash out before it explodes!
<u>Case Battles:</u>  We added 2v2 battles, where you can play Case Battles in teams. The winnings are split evenly with the winning team. We've also added the ability to create battles with community cases as well!




11/13/24, 11:33 AM                              Hey guys. First entry

Case 3:23-cv-04146-VC    Document 163-8    Filed 04/30/25    Page 3 of 7



We're not going to spill the beans yet, but we have a lot of innovative game modes coming soon and improvements to most of our existing ones that will absolutely blow you away.

Payments.
We've been working on making it easier for you to deposit into Bloxflip. We recently shifted payment processors, which means higher acceptance rates, and we also support Apple Pay! We'll continue to make the deposit process more seamless and work towards supporting other payment methods.

Withdrawals.
It's our top priority to make withdrawals quick and our processes transparent at all times. ROBUX and Limited withdrawals are a challenging landscape to navigate, which is why our competitors have not been able to consistently offer them.

We plan to continue improving the speed of withdrawals and adding additional features for transparency, such as approximate ROBUX delivery times for each method, notifications for your delivery status for ROBUX, and consistently making our system more robust. We also have in our roadmap plans to improve our Limited withdrawal system to make the process more seamless.

## Support.

The support for any product is as important as the product itself. If you have a question or if any issue comes up, you should feel assured that BloxFlip always has your back. This is why we have revamped our support team and processes. We want quick and quality support for all of our users, and we seem to be in a good place in that regard. We've dropped our support response time significantly, with more issues being fully resolved. However, we want to continue to have faster responses and ticket closures. Our goal is to not only transform BloxFlip support for the better but to be the industry standard in support. For our highest spenders, in the coming months, we want to offer personalized VIP support that can provide a concierge experience for BloxFlip, including priority responses and unique rewards.

Stability.

Earlier in the year, Bloxflip was repeatedly hit with sophisticated DDOS attacks. For anyone unfamiliar with the term, these attacks are designed to flood a site with so many requests that it makes the site slower or unstable for everyone. These attacks affected some specific game modes, including Slots, which resulted in duplicate wins and losses. We've since added protections to our infrastructure to stop these attacks. We've also audited all accounts we believe were affected by this issue, ensured they were compensated. Since these protections were added, attacks have stopped, and we've been dedicated to continuing to improve our infrastructure against bad actors.

## The Future.

Bloxflip will continue to grow and thrive over these next few years. We've been hard at work building an amazing team so we can continue to provide the best experience possible at the #1 ROBLOX betting site. We've been hard at work building our sister site, Bloxgame, which is an online casino that supports crypto, giftcard, and withdrawals to Bloxflip, so make sure you signup to potentially get early access! Thank you to everyone who has supported us. Here's to exciting times ahead!