KEKER, VAN NEST & PETERS LLP
STEVEN P. RAGLAND - # 221076
sragland@keker.com
CODY S. HARRIS - # 255302
charris@keker.com
JACQUIE P. ANDREANO - # 338354
jandreano@keker.com
SONJA N. RILEY-SWANBECK - # 356281
SRiley-Swanbeck@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Cross-Defendant
BASED PLATE STUDIOS LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC, <br><br>    Defendants. | Case No. 3:23-cv-04146-VC <br><br> **NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; [PROPOSED] ORDER** <br><br> Date:     June 26, 2025 <br> Time:    10:00 AM <br> Dept.:    Courtroom 4 – 17th Floor <br> Judge:   Hon. Vince Chhabria <br><br> Date Filed: August 15, 2023 <br><br> Trial Date: None Set |
| ROBLOX CORPORATION, <br><br>    Cross-Plaintiff, <br><br> v. <br><br> SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIOS LLC, and JOHN DOE #1, <br><br>    Cross-Defendants. | |

## NOTICE OF MOTION AND MOTION

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on June 26, 2025, at 10:00 a.m. in Courtroom 4, 17th floor, 450 Golden Gate Avenue, San Francisco, California, before the Honorable Vince Chhabria, Keker, Van Nest & Peters LLP ("KVP") will and hereby does move to withdraw as counsel for Cross-Defendant BASED PLATE STUDIOS LLC.

The motion is made pursuant to Local Rule 11-5(a) and Rules 1.16(a)(4) and 1.16(d) of the California Rules of Professional Conduct. This motion is based upon this Notice, the following Memorandum of Points and Authorities, and the supporting declarations of Cody S. Harris and Aristeidis Stathoulopoulos; the argument of counsel; and such other matters as the Court may consider.

Dated: May 8, 2025                                        KEKER, VAN NEST & PETERS LLP

                                                By:   /s/ *Cody S. Harris*
                                                      STEVEN P. RAGLAND
                                                      CODY S. HARRIS
                                                      JACQUIE P. ANDREANO
                                                      SONJA N. RILEY-SWANBECK

                                                      Attorneys for Cross-Defendant
                                                      BASED PLATE STUDIOS LLC

# MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Local Civil Rule 11-5 and California Rules of Professional Conduct 1.16(a)(4) and 1.16(d), Keker, Van Nest & Peters LLP ("KVP") submits this Memorandum in support of its Motion to Withdraw as Counsel for Cross-Defendant Based Plate Studios LLC ("Based Plate").

## I. STATEMENT OF FACTS

Based Plate retained KVP and its attorneys to represent it in the above-captioned matter on or about December 19, 2024. *See* Decl. of Cody S. Harris ("Harris Decl.") ¶ 2. On May 6, 2025, Based Plate notified KVP of its intent to discharge the firm as counsel in this matter and confirmed the discharge in writing on May 7, 2025. *Id*. ¶¶ 3, 5. KVP notified all counsel in this action of its discharge on that same day. *Id.* ¶ 6. KVP complied with its obligations under the Civil Local Rules and California Rule of Professional Conduct 1.16(d). *Id*. ¶ 4; Decl. of Aristeidis Stathoulopoulos ("Stathoulopoulos Decl.") ¶¶ 4–5. To KVP's knowledge, Based Plate has not retained other representation. Harris Decl. ¶ 8; Stathoulopoulos Decl. ¶ 2.

## II. ARGUMENT

Rule 1.16(a) of the California Rules of Professional Conduct provide that counsel "shall withdraw from the representation of a client if . . . the client discharges the lawyer." A client's right to discharge their attorney "with or without cause, is absolute" and "compels" the attorney to withdraw as counsel. *Russell v. Maman*, 2020 WL 13534011, at *2 (N.D. Cal. Mar. 16, 2020). Counsel may then withdraw from a case after obtaining "an order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Civ. L.R. 11-5(a). Additionally, "[w]hen withdrawal by an attorney from an action is not accompanied by simultaneous appearance of substitute counsel or agreement of the party to appear *pro se*, leave to withdraw may be subject to the condition that papers may continue to be served on counsel for forwarding purposes, unless and until the client appears by other counsel or *pro se*." Civ. L.R. 11-5(b).

Based Plate has confirmed its discharge of KVP and its attorneys as counsel in this matter, and its right to do so is "absolute." *See Russell*, 2020 WL 13534011, at *2 (quoting *Fracasse v. Brent*, 6 Cal. 3d 784, 790 (1972)). Indeed, Based Plate "cannot be forced to proceed through the

case with counsel [it] wants to [discharge]." *Id*.

Further, KVP has complied with the obligations set forth in California Rule of Professional Responsibility 1.16(d), which requires withdrawing attorneys to "take reasonable steps to avoid reasonably foreseeable prejudice" to the client's rights, and to provide "sufficient notice to the permit the client to retain other counsel." Harris Decl. ¶ 4; Stathoulopoulos Decl. ¶¶ 4–5. Based Plate knowingly and willingly consents to KVP's withdrawal as counsel. *See* Stathoulopoulos Decl. ¶¶ 3, 5.

KVP has also complied with the requirements set forth in Local Rule 11-5(a) and will comply with Local Rule 11-5(b). Pursuant to Local Rule 11-5(a), KVP notified Based Plate of its intent to withdraw upon discharge and notified all other parties who have appeared in the case on May 7, 2025, immediately after Based Plate confirmed discharge of KVP as counsel. Harris Decl. ¶¶ 5–6; Stathoulopoulos Decl. ¶ 4. Pursuant to Local Rule 11-5(b), because this motion is not accompanied by substitution of counsel or an agreement by Based Plate to proceed *pro se*, KVP agrees to accept all papers in this matter on Based Plate's behalf unless or until other counsel appears on Based Plate's behalf, or upon further order of the Court. *See* Civ. L. R. 11-5(b).

### III. CONCLUSION

For the foregoing reasons, KVP respectfully requests that the Court grant its motion to withdraw as counsel for Based Plate.

Dated: May 8, 2025

KEKER, VAN NEST & PETERS LLP

By: /s/ *Cody S. Harris*
STEVEN P. RAGLAND
CODY S. HARRIS
JACQUIE P. ANDREANO
SONJA N. RILEY-SWANBECK

Attorneys for Cross-Defendant
BASED PLATE STUDIOS LLC

## [PROPOSED] ORDER

The Court hereby GRANTS the motion of Keker, Van Nest & Peters LLP and its attorneys, Steven P. Ragland, Cody S. Harris, Jacquie P. Adreano and Sonja N. Riley-Swanbeck, to withdraw as counsel for Based Plate Studios, LLC.

**IT IS SO ORDERED.**

```
                                          _____
                                          HON. VINCE CHHABRIA
```