| | |
|---|---|
| 1 | KEKER, VAN NEST & PETERS LLP |
| 2 | STEVEN P. RAGLAND - # 221076<br>sragland@keker.com |
| 3 | CODY S. HARRIS - # 255302<br>charris@keker.com |
| 4 | JACQUIE P. ANDREANO - # 338354<br>jandreano@keker.com |
| 5 | SONJA N. RILEY-SWANBECK - # 356281<br>SRiley-Swanbeck@keker.com |
| 6 | 633 Battery Street<br>San Francisco, CA 94111-1809 |
| 7 | Telephone:     415 391 5400<br>Facsimile:      415 397 7188 |
| 8 | Attorneys for Cross-Defendant |
| 9 | BASED PLATE STUDIOS LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, et al., | Case No. 3:23-cv-04146-VC |
| Plaintiffs, | **DECLARATION OF CODY S. HARRIS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL** |
| v. | |
| ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC, | Date:     June 26, 2025<br>Time:     10:00 AM<br>Dept.:    Courtroom 4 – 17th Floor<br>Judge:   Hon. Vince Chhabria |
| Defendants. | Date Filed: August 15, 2023 |
| | Trial Date: None Set |
| ROBLOX CORPORATION, | |
| Cross-Plaintiff, | |
| v. | |
| SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIOS LLC, and JOHN DOE #1, | |
| Cross-Defendants. | |

DECLARATION OF CODY S. HARRIS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
Case No. 3:23-cv-04146-VC

2970437

I, Cody S. Harris, declare as follows:

1. I am an attorney licensed to practice law in the State of California, am a partner with the law firm of Keker, Van Nest & Peters LLP ("KVP"), and was counsel for Cross-Defendant Based Plate Studios LLC ("Based Plate") in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon as a witness thereto, could do so competently under oath.

2. Based Plate engaged KVP to represent it in the above captioned matter on or about December 19, 2024.

3. On May 6, 2025, Based Plate informed me that it had decided to discharge KVP as counsel in this matter.

4. Without waiving attorney-client privilege, I represent to the Court that I have complied with the obligations set forth in the Civil Local Rules and California Rules of Professional Conduct, including Local Rule 11-5 and California Rule of Professional Conduct 1.16(d).

5. On May 7, 2025, I received written confirmation of Based Plate's decision to discharge KVP, have KVP do no further work on its behalf in this matter, and consent for KVP to withdraw as counsel.

6. The same day, I notified Plaintiffs' counsel and counsel for Roblox that KVP had been discharged as counsel in this matter and informed them about KVP's forthcoming Motion to Withdraw. I also told counsel that, in accordance with Civil Local Rule 11-5(b), KVP would continue to accept papers for forwarding purposes. I asked the parties if they intended to oppose the motion.

7. Counsel for Roblox responded later that day that Roblox reserved its position on the motion. Plaintiffs' counsel has not yet indicated Plaintiffs' position on the motion.

\\
\\
\\
\\

8. Based Plate has not informed me of any intent to retain new counsel in this matter.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on May 8, 2025, in San Francisco, California.

_____
Cody S. Harris

---

2
DECLARATION OF CODY S. HARRIS IN SUPPORT OF NOTICE OF MOTION AND MOTION TO WITHDRAW AS COUNSEL
Case No. 3:23-cv-04146-VC

2970437