## Declaration of Consent to Attorney Withdrawal

I, Aristeidis Stathoulopoulos, am a duly authorized representative of Based Plate Studios LLC, a St. Vincent and the Grenadines LLC. Based Plate Studios is a party to the legal matter titled:

Soucek v. Roblox Corp., Case No. 3:23-cv-04146-VC, in the United States District Court, Northern District of California, San Francisco Division

I declare as follows:

1. Based Plate Studios has been represented in the above-referenced matter by Keker Van Nest & Peters LLP, specifically attorneys Steven P. Ragland, Cody S. Harris, Jacquie P. Andreano, and Sonja N. Riley-Swanbeck, who have served as our legal counsel of record.

2. Based Plate Studios has determined that it is no longer financially able to continue defending this litigation and will not be retaining substitute counsel or further participating in the case.

3. Accordingly, Based Plate Studios has discharged Keker Van Nest & Peters LLP and its attorneys as counsel of record in the above-captioned matter and consents to Keker, Van Nest & Peters LLP's motion to withdraw.

4. We have discussed with Cody Harris of Keker, Van Nest & Peters LLP the firm's intent to withdraw as counsel for Based Plate in light of Based Plate's decision to discharge it as counsel. Based Plate acknowledges that Keker, Van Nest & Peters LLP is willing to continue to accept service of papers for forwarding purposes.

5. We affirm that this decision is made voluntarily, knowingly, and with full understanding of the attendant legal consequences.

Executed May 7, 2025.

*A S*
_____

Aristeidis Stathoulopoulos

Managing Director

Based Plate Studios