# EXHIBIT 1

COOLEY LLP
TIANA DEMAS*
(tdemas@cooley.com)
KEVIN T. CARLSON
(ktcarlson@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone:   +1 312 881 6500
Facsimile:   +1 312 881 6598

KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
KYLE C. WONG (224021)
(kwong@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone:   +1 415 693 2000
Facsimile:   +1 415 693 2222

COOLEY LLP
ROBBY L.R. SALDAÑA*
(rsaldana@cooley.com)
1299 Pennsylvania Avenue, NW, Suite 700
Washington, D.C. 20004-2400
Telephone:   +1 202 842 7800
Facsimile:   +1 202 842 7899

JESSICA L. TAYLOR (339572)
(jtaylor@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone:   +1 858 550 6000
Facsimile:   +1 858 550 6420

*Attorneys for Defendant*
*Roblox Corporation*
(*Admitted *Pro Hac Vice*)

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| RACHELLE COLVIN, individually and as next friend of minor Plaintiff, G.D., and DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., DAVID L. GENTRY, individually and as next friend of minor plaintiff, L.G., OSMANY RODRIGUEZ, individually, and as next friend of minor plaintiff, O.R., JOSHUA R. MUNSON, individually and as next friend of minor plaintiffs D.C., J.M., T.T., and R.T, and LAVINA GANN, individually and as next friend of minor plaintiff, S.J., and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., and RBLXWILD ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 3:23-cv-04146-VC<br><br>**DEFENDANT ROBLOX CORPORATION'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS**<br><br>Judge: Hon. Vince Chhabria |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

| | |
|---|---|
| **PROPOUNDING PARTY:** | **DEFENDANT ROBLOX CORPORATION** |
| **RESPONDING PARTY:** | **PLAINTIFFS RACHELLE COLVIN, G.D., DANIELLE SASS, L.C., DAVID L. GENTRY, L.G., OSMANY RODRIGUEZ, O.R., JOSHUA R. MUNSON, D.C., J.M., T.T., R.T., LAVINA GANN, AND S.J.** |
| **SET NUMBER:** | **SECOND (REQUEST NOS. 37–48)** |

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Roblox Corporation ("Roblox") hereby requests that Plaintiffs Rachelle Colvin, G.D., Danielle Sass, L.C., David L. Gentry, L.G., Osmany Rodriguez, O.R., Joshua R. Munson, D.C., J.M., T.T., R.T., Lavina Gann, and S.J. (collectively, "Plaintiffs") respond to the following Requests for Production of Documents (the "Requests" and each, a "Request") and produce for copying and inspection responsive documents and things within thirty (30) days from the date this demand is served, at the offices of Roblox's counsel, Cooley LLP, 3 Embarcadero Center, 20th Floor, San Francisco, CA 94111.

### DEFINITIONS

1. "ACTION" means the above-captioned case, *Colvin v. Roblox*, No. 3:23-cv-4146-VC (N.D. Cal.) ("*Colvin*"), at any stage of the proceedings, including *Gentry v. Roblox*, No. 3:24-cv-1593 (N.D. Cal.) prior to consolidation with *Colvin*.

2. "AGREEMENT" means a contract, arrangement, or understanding, formal or informal, oral or written, between two or more PERSONS.

3. "ALL" means each and every.

4. "AND" or "OR" shall be construed either disjunctively or conjunctively as necessary to bring within the scope of the Request all responses that might otherwise be construed to be outside the scope of the Request.

5. "ANY" means one or more.

6. "COMMUNICATION(S)" is used in its broadest sense and includes but is not limited to any transmission or exchange of information between two or more PERSONS, by every manner or means of disclosure or transfer or exchange of information, whether orally, in writing, or otherwise, and including, but not limited to, any conversation or discussion by means of letter,

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

note, memorandum, telephone, telegraph, telex, telecopier, fax transmission, cable, e-mail, or electronic or any other medium. This definition shall be construed consistent with the Federal Rules of Civil Procedure and any stipulated order concerning the Electronically Stored Information entered in this ACTION.

7. "COMPLAINT" means the Consolidated Class Action Complaint for Damages, ECF No. 79, as well as ANY operative complaint that PLAINTIFFS previously filed or file hereafter in this ACTION.

8. "DEFENDANT" means ROBLOX, Satozuki Limited B.V., Studs Entertainment Ltd., and RBLXWild Entertainment LLC, as well as any defendant named in any operative COMPLAINT filed in this ACTION hereafter.

9. "DEVICE" means EACH smartphone, tablet, video game console, computer, laptop computer, desktop computer, server, and ANY similar tangible object, device, or box that includes an operating system that can hold, store, receive, and transmit data used by YOU during the RELEVANT TIME PERIOD.

10. "DOCUMENT" is used in its broadest sense as allowed by the Federal Rules of Civil Procedure, and includes electronic records in any format. It includes but is not limited to original and all non-identical copies, whether by reason of marginal notes, attachments or other notes or alterations, and means, without limitation, the following items, whether printed, recorded, contained in a computer database or disk, reproduced by any other mechanical, magnetic, or electronic process or handwritten, including all drafts thereof: accounting materials, accounts, advertisements, agreements, analyses, appointment books, bills, books of account, brochures, calendars, catalogs, checks (front and back) or check stubs, claims file, computer data, computer disks, computer-generated or stored information, computer programming materials, contracts, correspondence, date books, diskettes, e-mail messages, faxes, graphs, charts, maps, diagrams, guidelines, instructions, inter-office communications, invoices, ledgers, letters, licenses, logs, manuals, memoranda, metadata, minutes, notes, opinions, pamphlets, payments, photographs, plans, pictures, press releases, projections, receipts, records, recordings, records or notes of

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

meetings or conferences, regulations, reports, sales literature, sound recordings, specifications, statements, studies, summaries or records of personal conversations or interviews, surveys, videotapes, vouchers, word processing materials (however stored or maintained) and working papers, and all other papers or writings of any character or description. The term "DOCUMENT" also includes, but is not limited to, any information contained in any computer or information retrieval devices, and any marginal comments appearing on or affixed to any document and other writings. This definition shall be construed consistent with the Federal Rules of Civil Procedure and any stipulated order concerning the Electronically Stored Information entered in this ACTION.

11. "EACH" shall be construed as "every," and "every" shall be construed to include "each."

12. "GAMBLE," "GAMBLED," and "GAMBLING" have the same meaning that YOU ascribe to these terms in the COMPLAINT.

13. "FORENSIC IMAGE" includes the plural and means a digital duplicate (including for example, iCloud backup, Google One backup, or local DEVICE backup or copy) of any DEVICE.

14. "IDENTIFY" when used with respect to a DOCUMENT shall mean to provide the following information relating to such DOCUMENT:

    a)    A description of the nature and contents of the DOCUMENT in such a manner that the custodian of the DOCUMENT would be able to locate it in response to a subpoena or Request;

    b)    The date the DOCUMENT was made or entered into and the name, address, telephone number, occupation, job title, and employer of each PERSON whose testimony could be used to authenticate such DOCUMENT and lay the foundation for its introduction into evidence;

    c)    The name, address, telephone number, occupation, job title, and employer of the PERSON(S) who prepared the DOCUMENT;

    d)    The identity of the PERSON(S) to whom the DOCUMENT was sent, and

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

21. "RELATED TO" or "RELATING TO" means constituting, comprising, concerning, containing, mentioning, pertaining, involving, describing, depicting, discussing, commenting on, embodying, referring to, responding to, supporting, setting forth, showing, disclosing, explaining, or summarizing, either directly or indirectly, in whole or in part, as the context makes appropriate, and should be given the broadest possible scope.

22. "ROBLOX" means Roblox Corporation, a Defendant in this ACTION. This term excludes any VC DEFENDANT.

23. "ROBLOX PLATFORM" means the Roblox platform owned and operated by ROBLOX, whether accessed through www.roblox.com or the native Roblox mobile application for Android or iOS, Xbox, Sony PlayStation, or Meta Quest. This term excludes the VC WEBSITES.

24. "VC DEFENDANTS" means Defendants Satozuki Limited B.V., Studs Entertainment Ltd., and/or RBLXWild Entertainment LLC, collectively or individually, and ANY successor entity.

25. "VC WEBSITES" means Bloxmoon (bloxmoon.com), Bloxflip (bloxflip.com), RBXFlip (rbxflip.com), and/or RBLXWild (rblxwild.com), collectively or individually. The term shall also include ANY other website (excluding the ROBLOX PLATFORM) in which YOU purportedly GAMBLED using Robux.

26. "YOU" and "YOUR" mean Plaintiffs Rachelle Colvin, G.D., Danielle Sass, L.C., David L. Gentry, L.G., Osmany Rodriguez, O.R., Joshua R. Munson, D.C., J.M., T.T., R.T., Lavina Gann, and S.J. The terms "YOU" and "YOUR" shall also include ANY other individual named as a plaintiff in ANY COMPLAINT filed hereafter.

27. "YOUR COUNSEL" means the attorneys who are representing or have represented YOU in this ACTION.

28. The use of the singular form of any word includes the plural, and use of the plural form includes the singular form.

29. The use of the present tense includes the past tense.

30. For any term used herein that is not otherwise specifically defined, the common and

Cooley LLP
Attorneys at Law
San Francisco

6

Roblox Corp.'s Second Set of
Requests for Prod.
Case No. 3:23-cv-04146-VC

12. Whenever used in these Requests (including in the above Definitions), the present tense includes the past and future tenses. The singular includes the plural, and the plural includes the singular. "All" means "any and all"; "any" means "any and all." "Including" means "including but not limited to." "And" and "or" encompass both "and" and "or." Words in the masculine, feminine, or neutral form shall include each of the other genders.

**REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 37:** A FORENSIC IMAGE of EACH DEVICE in YOUR possession, custody, or control that YOU (a) used to access the ROBLOX PLATFORM or (b) allegedly used to engage in GAMBLING in EACH VC WEBSITE; that is (c) limited to the portions of the FORENSIC IMAGE that show, for EACH DEVICE, EACH file relating to (i) ROBLOX; (ii) ANY VC WEBSITE; and/or (iii) ANY VC DEFENDANT.[1]

**REQUEST FOR PRODUCTION NO. 38:** DOCUMENTS and COMMUNICATIONS sufficient to show EACH DEVICE no longer in YOUR possession, custody, or control but that was previously in YOUR possession, custody, or control and which YOU allegedly used to engage in GAMBLING in ANY VC WEBSITE.

**REQUEST FOR PRODUCTION NO. 39:** For EACH DEVICE to which Request for Production No. 38 applies, DOCUMENTS and COMMUNICATIONS sufficient to show the date when YOU ceased to have possession, custody, or control over the DEVICE.

**REQUEST FOR PRODUCTION NO. 40:** DOCUMENTS and COMMUNICATIONS sufficient to show the date(s) on which YOU: (a) ceased to have access to EACH VC WEBSITE and (b) learned that YOU could not access EACH VC WEBSITE.

---

[1] For clarity, a FORENSIC IMAGE of EACH DEVICE must be made and preserved, in the event there is any dispute about responsive portions of the FORENSIC IMAGE. If Plaintiffs cannot limit the FORENSIC IMAGE report to the categories set forth in RFP 37(c), Plaintiffs must produce the full FORENSIC IMAGE to Roblox, and Roblox will determine which portions are responsive.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

9

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

YOUR behalf to ANY PUTATIVE CLASS MEMBER in this ACTION.

**REQUEST FOR PRODUCTION NO. 48:** ALL DOCUMENTS and COMMUNICATIONS that YOU intend to introduce as exhibits at trial.

Dated: September 9, 2024

COOLEY LLP
TIANA DEMAS*
KYLE C. WONG (224021)
KRISTINE A. FORDERER (278745)
ROBBY L.R. SALDAÑA*
KEVIN T. CARLSON*
JESSICA L. TAYLOR (339572)

*/s/ Tiana Demas*
Tiana Demas
Attorneys for Defendant
ROBLOX CORPORATION

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

11

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

# PROOF OF SERVICE

I, Robby Saldaña, am a citizen of the United States and a resident of Washington, D.C. I am employed in Washington, D.C. I am over the age of eighteen years, and not a party to the action. My email address is rsaldana@cooley.com and my business address is Cooley LLP, 1299 Pennsylvania Avenue, NW, Suite 700, Washington, D.C. 20004-2400. On the date set forth below I served the documents described below in the manner described below:

**DEFENDANT ROBLOX CORPORATION'S SECOND SET OF REQUESTS FOR PRODUCTION TO PLAINTIFFS**

☒ (BY ELECTRONIC MAIL) I am personally and readily familiar with the business practice of Cooley LLP for the preparation and processing of documents in portable document format (PDF) for e-mailing, and I caused said documents to be prepared in PDF and then served by electronic mail to the parties listed below.

on the following parties in this action:

Andre M. Mura
Jake M. Seidman
Hanne Jensen
Ezekiel S. Wald
**Gibbs Law Group LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9717
Email:   amm@classlawgroup.com
            jms@classlawgroup.com
            hj@classlawgroup.com
            zsw@classlawgroup.com

Christopher D. Jennings
Tyler B. Ewigleben
Winston S. Hudson
**Jennings PLLC**
PO Box 25972
Little Rock, Arkansas 722211
Telephone: (501) 247-6267
Email: chris@jenningspll.com
            tyler@ jenningspll.com
            winston@jenningspll.com

James Bilsborrow
Aaron Freedman
Devin Bolton
**Weitz & Luxenberg, PC**
700 Broadway
New York, New York 10003
Telephone: (212) 558-5500
Email:   jbilsborrow@weitzlux.com
            afreedman@weitzlux.com
            dbolton@weitzlux.com

Attorneys for *Colvin* Plaintiffs

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

12

ROBLOX CORP.'S SECOND SET OF
REQUESTS FOR PROD.
CASE NO. 3:23-CV-04146-VC

| | |
|---|---|
| Daniel C. Levin<br>Charles E. Schaffer<br>Nicholas J. Elia<br>**Levin Sedran & Berman**<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Telephone: (215) 592-1500<br>Email:  cschaffer@lfsblaw.com<br>         dlevin@lfsblaw.com<br>         nelia@lfsblaw.com | Jeffrey K. Brown<br>Brett R. Cohen<br>**Leeds Brown Law, P.C.**<br>One Old Country Road, Suite 347<br>Carle Place, New York 11514<br>Telephone: (516) 873-9550<br>Email: jbrown@leedsbrownlaw.com<br>       bcohen@leedsbrownlaw.com |
| Michael McShane<br>Ling Y. Kuang<br>**Audet & Partners LLP**<br>711 Van Ness Avenue, Suite 500<br>San Francisco, California 94102<br>Telephone: (415) 568-2555<br>Email:  mmcshane@audetlaw.com<br>         lkuang@audetlaw.com | Jason P. Sultzer<br>Jeremy Francis<br>**Sultzer & Lipari, PLLC**<br>85 Civic Center Plaza, Suite 200<br>Poughkeepsie, New York 12061<br>Telephone: (845) 483-7100<br>Email: sultzerj@thesultzerlawgroup.com<br>       francisj@thesultzerlawgroup.com |

Attorneys for *Gentry* Plaintiffs

Executed on September 9, 2024, at Chicago, Illinois.

                                            /s/ *Robby L.R. Saldaña*
                                              Robby L.R. Saldaña

Cooley LLP
Attorneys at Law
San Francisco

13

Roblox Corp.'s Second Set of
Requests for Prod.
Case No. 3:23-cv-04146-VC