Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed in signature block]

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX COROPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., AND RBLXWILD ENTERTAINMENT LLC, <br><br> Defendants. | Case No. 3:23-cv-04146-VC (RMI) <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** <br><br> Judge: Hon. Robert M. Illman |

1  Pursuant to Civil Local Rule 79-5(f) and the Stipulated Protective Order entered by this
2  Court on June 7, 2024 (ECF No. 96), Plaintiffs request that the Court consider whether material
3  quoting, referring to, or describing material designated as "CONFIDENTIAL" or "HIGHLY
4  CONFIDENTIAL – ATTORNEYS' EYES ONLY" should be filed under seal. Specifically,
5  Defendant Roblox has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL –
6  ATTORNEYS' EYES ONLY" certain materials that the portion of the parties' Joint Discovery
7  Letter Brief regarding Roblox's Response to Plaintiffs' First Set of Interrogatories include as
8  exhibits.

| Document Name | Designating Party | Portion to Consider Sealing |
|---|---|---|
| Exhibit 6 to Joint Discovery Letter Brief (Roblox's First Supp. R&Os to ROG 2) | Roblox | Entire Exhibit |
| Exhibit 7 to Joint Discovery Letter Brief (Roblox's Amended Second Supp. R&Os to ROG 2) | Roblox | Entire Exhibit |

15  Pursuant to Local Rule 79-5(f)(3), Roblox, as the Designating Party, bears the
16  responsibility to establish that its designated materials are sealable. Plaintiffs provisionally file
17  these documents under seal to give Roblox an opportunity to specify any reasons for keeping the
18  documents under seal pursuant to Local Rule 79-5(c).

Dated: May 9, 2025

Respectfully submitted,

**GIBBS MURA LLP**

/s/ Andre M. Mura

Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
Hanne Jensen (SBN 336045)
Ezekiel S. Wald (SBN 341490)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100

1

PLTFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
Case No. 3:23-cv-04146-VC (RMI)

Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com
hj@classlawgroup.com
zsw@classlawgroup.com

James J. Bilsborrow (admitted *pro hac vice*)
Aaron Freedman (admitted *pro hac vice*)
Devin Bolton
**WEITZ & LUXENBERG PC**
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com
dbolton@weitzlux.com

Christopher D. Jennings (admitted *pro hac vice*)
Tyler B. Ewigleben (admitted *pro hac vice*)
Winston Hudson (admitted *pro hac vice*)
**JENNINGS PLLC**
PO Box 25972
Little Rock, Arkansas 72221
Phone: (317) 695-1712
chris@jenningspllc.com
tyler@jenningspllc.com
Winston@jenningspllc.com

*Attorneys for Plaintiffs and the Certified Class*

---

2
PLTFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL
SHOULD BE SEALED
Case No. 3:23-cv-04146-VC (RMI)