Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com

Christopher D. Jennings (admitted *pro hac vice*)
Tyler B. Ewigleben (admitted *pro hac vice*)
Winston Hudson (admitted *pro hac vice*)
**JENNINGS PLLC**
PO Box 25972
Little Rock, Arkansas 72221
Phone: (317) 695-1712
chris@jenningspllc.com
tyler@jenningspllc.com
Winston@jenningspllc.com

James J. Bilsborrow (admitted *pro hac vice*)
Aaron Freedman (admitted *pro hac vice*)
Devin Bolton
**WEITZ & LUXENBERG PC**
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com
dbolton@weitzlux.com

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ROBLOX COROPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., AND RBLXWILD ENTERTAINMENT LLC,<br><br>Defendants. | Case No. 3:23-cv-04146-VC (RMI)<br><br>**DECLARATION OF ANDRE M. MURA IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED**<br><br>Judge: Hon. Robert M. Illman |

I, Andre M. Mura, declare under penalty of perjury:

1. I am a member in good standing of the Bar of California. I am a Partner at Gibbs Mura LLP in Oakland, California, and represent Plaintiffs in this matter.

2. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently to them.

3. I submit this declaration in support of Plaintiff's Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed.

4. Pursuant to Local Rule 79-5(f), the following portions of the parties' Joint Discovery Letter Brief regarding Roblox's Response to Plaintiffs' First Set of Interrogatories includes as exhibits portions of materials that Defendant Roblox has designated as "CONFIDENTIAL" or "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order in this action. *See* ECF No. 96.

| Portions of Joint Discovery Letter Brief |
|---|
| Exhibit 6 to Joint Discovery Letter Brief (Roblox's First Supp. R&Os to ROG 2) |
| Exhibit 7 to Joint Discovery Letter Brief (Roblox's Amended Second Supp. R&Os to ROG 2) |

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on May 9, 2025 at Oakland, California.

_____
Andre M. Mura

1

DECL. OF ANDRE M. MURA ISO PLTFS' ADMIN. MOT. TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-cv-04146-VC (RMI)