1
2
3
4
5
6
**UNITED STATES DISTRICT COURT**
7
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**
8
9
| | |
|---|---|
| ARACELY SOUCEK, *et al.*, | Case No. 3:23-cv-04146-VC (RMI) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |
| ROBLOX COROPORATION, SATOZUKI LIMITED B.V., STUDS ENTERTAINMENT LTD., AND RBLXWILD ENTERTAINMENT LLC, | |
| Defendants. | Judge: Hon. Robert M. Illman |

1     Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed, relating to the portion of the parties' Joint Discovery Letter Brief Regarding Roblox's Response to Plaintiffs' First Set of Interrogatories, pursuant to Local Rule 79-5;

    **IT IS HEREBY ORDERED** that the following portions of the parties' Joint Discovery Letter Brief Regarding Roblox's Response to Plaintiffs' First Set of Interrogatories may be filed under seal:

| Portions of Joint Discovery Letter Brief |
| --- |
| Exhibit 6 to Joint Discovery Letter Brief (Roblox's First Supp. R&Os to ROG 2) |
| Exhibit 7 to Joint Discovery Letter Brief (Roblox's Amended Second Supp. R&Os to ROG 2) |

    To the extent that the Court did not order materials to be filed under seal that Plaintiff filed provisionally under seal in support of their Joint Discovery Letter Brief, Plaintiff shall file unsealed versions of those materials onto the public docket within seven days of this order.

Dated:

    _____
    HON. ROBERT M. ILLMAN
    United States Magistrate Judge

---

1

[PROPOSED] ORDER RE: PLTFS' ADMIN. MOT. TO CONSIDER WHETHER
ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
Case No. 3:23-cv-04146-VC (RMI)