| | |
|---|---|
| COOLEY LLP<br>TIANA DEMAS*<br>(tdemas@cooley.com)<br>Chicago, IL 60606-1511<br>Telephone: +1 312 881 6500<br>Facsimile: +1 312 881 6598<br><br>*Attorneys for Defendant & Cross-Claimant Roblox Corporation*<br>(*Admitted *Pro Hac Vice*) | WEITZ & LUXENBERG, PC<br>AARON FREEDMAN*<br>(afreedman@weitzlux.com)<br>700 Broadway<br>New York, New York 10003<br>Tel: (212) 558-5500<br><br>*Attorneys for Plaintiffs*<br>(*Admitted *Pro Hac Vice*) |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, *et al.*,<br><br>    Defendants. | Case No. 3:23-cv-04146-VC<br><br>**JOINT STIPULATION AND [PROPOSED ORDER] BY PLAINTIFFS AND ROBLOX CORPORATION TO ENLARGE ROBLOX'S DEADLINE TO RESPOND TO THE SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**<br><br>Judge: Hon. Vince Chhabria |
| ROBLOX CORPORATION,<br><br>    Cross-Claimant,<br><br>v.<br><br>SATOZUKI LIMITED B.V.; RBLXWILD ENTERTAINMENT LLC; RBLX WILD ENTERTAINMENT; STUDS ENTERTAINMENT LTD.; BASED PLATE STUDIOS LLC; and JOHN DOE #1,<br><br>    Cross-Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

JOINT STIP. TO ENLARGE ROBLOX'S
SAC RESPONSE DEADLINE
CASE NO. 3:23-CV-04146-VC

Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs and Defendant and Cross-Claimant Roblox Corporation (together, the "Parties") respectfully move for a court order enlarging Roblox Corporation's ("Roblox") time to respond to Plaintiffs' Second Amended Consolidated Class Action Complaint (the "SAC"), ECF No. 184, from June 16, 2025 to June 23, 2025.

1. Plaintiffs previously filed the First Amended Complaint ("FAC") on September 30, 2024. Roblox answered the FAC on October 30, 2024. ECF No. 117. Roblox subsequently filed an amended answer and cross-claims on November 20, 2024. ECF No. 119.

2. During a case management conference on April 24, 2025, the Court set a June 2, 2025 deadline to add parties without leave of court. ECF No. 164. The Court subsequently set a case schedule pursuant to a joint stipulation by the parties. ECF No. 165.

3. Plaintiffs filed the SAC on June 2, 2025. ECF No. 184.

4. Pursuant to the Federal Rules of Civil Procedure, Roblox's deadline to respond to the SAC is 14 days from the date of service of the SAC unless the Court orders otherwise. Fed. R. Civ. P. 15(a)(3). Roblox calculates its deadline to respond as June 16, 2025.

5. Pursuant to Civil Local Rule 6-2(a), parties may file a stipulated request for an order changing time in connection with papers required to be filed or lodged with the Court (other than an initial response to the complaint). Given the extent of the SAC, Roblox needs more time to prepare its response and seeks a one-week extension to respond to the SAC, to June 23, 2025. The requested extension will not affect any other case deadlines. Discovery remains ongoing.

6. For clarity, this stipulated agreement applies only to Roblox's current request to extend its deadline to respond to the SAC. The agreement does not extend any other case deadline, including the court-ordered June 2, 2025 deadline to add parties.

7. This is the third modification to the case schedule. The first case schedule was set on April 8, 2024, about ten months ago. ECF No. 78. Since then, the Court has modified a case deadline or the case schedule three times. First, on August 19, 2024, the Court modified the ADR deadline. ECF No. 101. Second, on September 26, 2024, the Court granted the parties' first request for an extension of the case schedule, extending all then-existing deadlines for approximately three months due to significant changes in the named plaintiffs and the anticipated filing of the CAC.

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

JOINT STIP. TO ENLARGE ROBLOX'S
SAC RESPONSE DEADLINE
CASE NO. 3:23-CV-04146-VC

ECF No. 114. Third, on April 24, 2025, the Court set certain case deadlines. ECF No. 164. The Court subsequently set a case schedule pursuant to a joint stipulation by the parties, which remains the operative case schedule. ECF No. 165.

\* \* \*

**IT IS HEREBY STIPULATED AND AGREED**, subject to Court approval, that Roblox's deadline to respond to the SAC shall be extended from June 16, 2025 to June 23, 2025.

Respectfully submitted,

DATED: June 12, 2025          By:     /s/ *Aaron Freedman*
                                      Attorney for Plaintiffs

DATED: June 12, 2025          By:     /s/ *Tiana Demas*
                                      Attorney for Roblox Corporation

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED.**

DATED: _____                  _____
                                       Hon. Vince Chhabria
                                       United States District Judge

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3

JOINT STIP. TO ENLARGE ROBLOX'S
SAC RESPONSE DEADLINE
CASE NO. 3:23-CV-04146-VC

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-l(i)(3)**

I, Tiana Demas, attest that concurrence in the filing of this document has been obtained from the other signatories. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 12th day of June, at Chicago, Illinois.

*/s/ Tiana Demas*
Tiana Demas

Cooley LLP
Attorneys at Law
San Francisco

4

Joint Stip. to Enlarge Roblox's
SAC Response Deadline
Case No. 3:23-cv-04146-VC