| | |
|---|---|
| COOLEY LLP<br>TIANA DEMAS*<br>(tdemas@cooley.com)<br>KEVIN T. CARLSON*<br>(ktcarlson@cooley.com)<br>MARIAH YOUNG*<br>(mayoung@cooley.com)<br>110 N. Wacker Drive, Suite 4200<br>Chicago, IL 60606-1511<br>Telephone:  +1 312 881 6500<br>Facsimile:  +1 312 881 6598<br><br>KYLE C. WONG (224021)<br>(kwong@cooley.com)<br>KRISTINE A. FORDERER (278745)<br>(kforderer@cooley.com)<br>3 Embarcadero Center, 20th Floor<br>San Francisco, California 94111-4004<br>Telephone:  +1 415 693 2000<br>Facsimile:  +1 415 693 2222 | COOLEY LLP<br>ROBBY L.R. SALDAÑA (356226)<br>(rsaldana@cooley.com)<br>CAITLIN MUNLEY*<br>(cmunley@cooley.com)<br>1299 Pennsylvania Avenue, NW, Suite 700<br>Washington, D.C. 20004-2400<br>Telephone:  +1 202 842 7800<br>Facsimile:  +1 202 842 7899<br><br>JESSICA L. TAYLOR (339572)<br>(jtaylor@cooley.com)<br>10265 Science Center Drive<br>San Diego, California 92121-1117<br>Telephone:  +1 858 550 6000<br>Facsimile:  +1 858 550 6420 |

*Attorneys for Defendant and Cross-Claimant Roblox Corporation* (\*Admitted *Pro Hac Vice*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, et al.,<br><br>    Defendants.<br><br>ROBLOX CORPORATION,<br><br>    Cross-Claimant,<br><br>v.<br><br>SATOZUKI LIMITED B.V.; RBLXWILD ENTERTAINMENT LLC; RBLX WILD ENTERTAINTMENT; STUDS ENTERTAINMENT LTD.; BASED PLATE STUDIOS LLC; and JOHN DOE #1,<br><br>    Cross-Defendants. | Case No. 3:23-cv-04146-VC<br><br>Judge: Hon. Vince Chhabria<br><br>**DECLARATION OF ROBBY L.R. SALDAÑA IN SUPPORT OF JOINT STIPULATION BETWEEN PLAINTIFFS AND ROBLOX CORP. TO ENLARGE TIME FOR ROBLOX TO RESPOND TO THE SECOND AMENDED COMPLAINT** |

I, Robby L.R. Saldaña, hereby declare as follows:

1. I am an attorney licensed in the State of California and admitted to the bar of the Northern District of California with the law firm Cooley LLP and am counsel for Defendant and Cross-Claimant Roblox Corporation ("Roblox"). I submit this declaration in support of the joint stipulation between Roblox and Plaintiffs to extend Roblox's deadline to respond to Plaintiffs' Second Amended Complaint ("SAC"), ECF No. 184. I make this declaration based on my personal knowledge. I would testify competently to the matters stated herein.

2. Plaintiffs previously filed the First Amended Complaint ("FAC") on September 30, 2024. Roblox answered the FAC on October 30, 2024. ECF No. 117. Roblox subsequently filed an amended answer and cross-claims on November 20, 2024. ECF No. 119.

3. During a case management conference on April 24, 2025, the Court set a June 2, 2025 deadline to add parties without leave of court. ECF No. 164. The Court subsequently set a case schedule pursuant to a joint stipulation by the parties. ECF No. 165.

4. On June 2, 2025, Plaintiffs filed the SAC. ECF No. 184. Pursuant to Fed. R. Civ. P. 15(a)(3), Roblox's deadline to respond to the SAC is 14 days from the date of service of the SAC. Roblox calculates its current deadline to respond as June 16, 2025. Given the extent and scope of the SAC, Roblox requires additional time to prepare its response.

5. On June 10, 2025, I corresponded with Plaintiffs' counsel by email to request a one-week extension of Roblox's deadline, such that Roblox's response to the SAC would be due no later than June 23, 2025. Plaintiffs have agreed to this request.

6. The Court first modified the case schedule on September 26, 2024, at the request of the parties. ECF No. 114. The Court modified certain deadlines during a hearing on April 24, 2025. ECF No. 164. The Court further modified the case schedule on May 1, 2025, at the request of the parties. ECF No. 165.

7. This is Roblox's first request to extend its deadline to respond to the SAC. The requested extension does not affect or change any other deadline in the case schedule, including the court-set June 2, 2025 deadline to add parties without leave of court.

8. I declare that the foregoing is true and correct.

Executed on June 12, 2025 in Washington, D.C.

*/s/ Robby L.R. Saldaña*
Robby L.R. Saldaña
Attorney for Defendant and Cross-Claimant
Roblox Corporation