Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

[Additional counsel listed in signature block]

**COOLEY LLP**
TIANA DEMAS*
(tdemas@cooley.com)
KEVIN T. CARLSON*
(ktcarlson@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
Telephone: +1 312 881 6500
Facsimile: +1 312 881 6598
*Attorneys for Defendant Roblox Corporation*
(*Admitted *Pro Hac Vice*)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., PAUL CLISH, JULIAN DURAK, PATRICK DIETZ, ADUR1TE LIMITED, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, SHANE SELINGER, SPATIC LLC, ARISTEIDIS STATHOULOPOULOS, RBLXWILD ENTERTAINMENT LLC, RBLX WILD ENTERTAINMENT, BORIS SAID JR., NICHOLAS CARLO, AND JOHN DOE #1,<br><br>　　　　　Defendants<br>ROBLOX CORPORATION,<br><br>　　　　　Cross-Plaintiff<br><br>　v. | Case No. 3:23-cv-04146-VC (RMI)<br><br>**JOINT STIPULATION OF PLAINTIFFS AND ROBLOX TO ENLARGE TIME TO RESPOND TO ROBLOX'S AMENDED FOURTH SET OF INTERROGATORIES AND [PROPOSED] ORDER**<br><br>Judge: Hon. Robert M. Illman |

SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, AND JOHN DOE #1,

      Cross-Defendants

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-12, the parties hereby stipulate and agree as follows:

Whereas, on May 27, 2025, this Court ordered Roblox to resubmit its Fourth Set of Interrogatories with certain limitations ordered by the Court (the "Interrogatories"), ECF No. 181;

Whereas, on May 27, 2025, this Court ordered Plaintiffs to provide a response to the Interrogatories (the "Response"), within 14 days of receipt of the Interrogatories, ECF No. 181;

Whereas, Roblox served the Interrogatories on Plaintiffs on May 30, 2025 *see* Declaration of Jake M. Seidman in Support of Joint Stipulation of Plaintiffs and Roblox to Enlarge Time to Respond to Roblox's Amended Fourth Set of Interrogatories (hereafter, "Seidman Decl.") ¶ 6, filed concurrently herewith;

Whereas, under the Court's May 27 order, Plaintiffs' Response would be due by June 13, 2025, Seidman Decl., ¶ 7;

Whereas, Plaintiffs have been working diligently to provide answers to the Interrogatories but need additional time to work with their counsel to finalize their Response, Seidman Decl., ¶ 8;

Whereas, Plaintiffs requested seven additional days to serve their Response on Roblox, such that the Response would be due June 20, 2025, Seidman Decl., ¶ 8;

Whereas, Roblox has agreed to this extension, Seidman Decl., ¶ 9;

Whereas, the Court set an initial case schedule, ECF No. 78, which it first modified in September 2024 at the request of the parties, ECF No. 114, and modified again in April 2025 at a hearing, ECF No. 164, and again in May 2025 at the request of the parties, ECF No.165;

Whereas, the Court separately modified the ADR deadline in August 2024, ECF No. 101;

Whereas, this extension does not affect any hearing, proceeding, or any other deadline on the Court's calendar, Seidman Decl., ¶ 16:

**IT IS HEREBY STIPULATED AND AGREED,** subject to Court approval, that Plaintiffs' Response to the Interrogatories shall be due by June 20, 2025.

1

JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO ROBLOX'S INTERROGATORIES AND [PROPOSED] ORDER
Case No. 3:23-cv-04146-VC (RMI)

| | | |
|---|---|---|
| 1 | DATED: June 12, 2025 | Respectfully submitted, |

/s/ Andre M. Mura
Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
Hanne Jensen (SBN 336045)
Ezekiel S. Wald (SBN 341490)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com
hj@classlawgroup.com
zsw@classlawgroup.com

James J. Bilsborrow (admitted *pro hac vice*)
Aaron Freedman (admitted *pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com

Christopher D. Jennings (admitted *pro hac vice*)
Tyler B. Ewigleben (admitted *pro hac vice*)
Winston Hudson (admitted *pro hac vice*)
**JENNINGS & EARLEY PLLC**
500 President Clinton Ave, Suite 110
Little Rock, Arkansas 72201
Phone: (501) 255-8569
chris@jenningspllc.com
tyler@jenningspllc.com
Winston@jenningspllc.com

*Attorneys for Plaintiffs and the Proposed Class*

/s/ Tiana Demas
COOLEY LLP
TIANA DEMAS* (tdemas@cooley.com)
110 N. Wacker Drive, Suite 4200
Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

KYLE C. WONG (224021)
(kwong@cooley.com)
KRISTINE A. FORDERER (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

ROBBY L.R. SALDAÑA (356226)
(rsaldana@cooley.com)
CAITLIN MUNLEY*
(cmunley@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899
*Attorneys for Defendant and Cross-Claimant Roblox Corporation*

2
JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO ROBLOX'S
INTERROGATORIES AND [PROPOSED] ORDER
Case No. 3:23-cv-04146-VC (RMI)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION AND FOR GOOD CAUSE, IT IS SO ORDERED

DATED: June 13, 2025

_____
Hon. Robert M. Illman
United States Magistrate Judge

---

3

JOINT STIPULATION TO ENLARGE TIME TO RESPOND TO ROBLOX'S
INTERROGATORIES AND [PROPOSED] ORDER
Case No. 3:23-cv-04146-VC (RMI)

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I, Andre Mura, attest that concurrence in the filing of this document has been obtained from all other signatories.

*/s/ Andre Mura*
Andre Mura