**DYNAMIS LLP**
Constantine P. Economides (*pro hac vice*)
Yusef Al-Jarani (CA Bar No. 351575)
1100 Glendon Ave., 17th Floor
Los Angeles, CA 90024
T: (213) 283-0685
ceconomides@dynamisllp.com
yaljarani@dynamisllp.com

*Attorneys for Defendant Shane Selinger*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>ROBLOX CORPORATION *et al.*,<br><br>　　　　　Defendants. | Case No. 3:23-cv-04146-VC-RMI<br><br>CLASS ACTION<br><br>**NOTICE OF APPEAL**<br><br>Judge:   Hon. Vince Chhabria |
| ROBLOX CORPORATION,<br><br>　　　　　Cross-Claimant,<br><br>　v.<br><br>SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, RBLX WILD ENTERTAINMENT, STUDS ENTERTAINMENT, BASED PLATE STUDIOS LLC, and JOHN DOE #1,<br><br>　　　　　Cross-Defendants. | |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE THAT Defendant Shane Selinger hereby appeals to the United
3  States Court of Appeals for the Ninth Circuit this Court's Order Denying Motion to Compel
4  Arbitration (ECF No. 281), entered on October 8, 2025. This appeal is being taken pursuant to the
5  Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B).

6  A Ninth Circuit Rule 3-2 Representation Statement is attached hereto.

8  Dated: October 15, 2025                    Respectfully submitted,

9                                             */s/ Yusef Al-Jarani*
10                                            Constantine P. Economides (*pro hac vice*)
                                              Yusef Al-Jarani (CA Bar No. 351575)
11                                            **DYNAMIS LLP**
                                              1100 Glendon Ave., 17th Floor
12                                            Los Angeles, CA 90024
                                              T: (213) 283-0685
13                                            ceconomides@dynamisllp.com
                                              yaljarani@dynamisllp.com

14                                            *Attorneys for Defendant Shane Selinger*

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document on the Court and all parties by filing this document with the Clerk of the Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all counsel of record.

Dated: October 15, 2025          */s/ Yusef Al-Jarani*
                                 Yusef Al-Jarani