HAYNES AND BOONE, LLP
David Clark (SBN: 275204)
  david.clark@haynesandboone.com
Kevin Crisp (SBN: 261023)
  kevin.crisp@haynesboone.com
600 Anton Boulevard, Suite 700
Costa Mesa, California 92626
T: (949) 202-3000 | F: (949) 202-3001

Attorneys for Defendant
BORIS SAID, JR.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| ARACELY SOUCEK, individually and as next friend of minor Plaintiff, N.S., YANIV DE RIDDER, individually and as next friend of minor Plaintiff T.D., DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>          Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., PAUL CLISH, JULIAN DURAK, PATRICK DIETZ, ADURITE LIMITED, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, SHANE SELINGER, SPA TIC LLC, ARISTEIDIS STATHOULOPOULOS, RBLXWILD ENTERTAINMENT LLC, RBLX WILD ENTERTAINMENT, BORIS | Case No.: 3:23-cv-04146-VC (RMI)<br><br>Assigned to: Hon. Vince Chhabria<br>               U.S. District Judge<br><br>Courtroom: 4 – 17th Floor<br><br>**NOTICE OF APPEAL** |

| | |
|---|---|
| 1 | SAID JR., NICHOLAS CARLO, and JOHN DOE # 1, |
| 2 | Defendants. |
| 3 | |
| 4 | |
| 5 | ROBLOX CORPORATION, |
| 6 | Cross-Plaintiff, |
| 7 | v. |
| 8 | SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, and JOHN DOE #1 |
| 9 | |
| 10 | |
| 11 | |
| 12 | Cross-Defendants. |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Defendant Boris Said, Jr. hereby appeals to the United States Court of Appeals for the Ninth Circuit this Court's Order Denying Motion to Compel Arbitration (ECF No. 293), entered on October 31, 2025. This appeal is being taken pursuant to the Federal Arbitration Act, 9 U.S.C. § 16(a)(1)(B).

A Ninth Circuit Rule 3-2 Representation Statement is attached hereto.

Date: November 17, 2025        HAYNES AND BOONE, LLP

By: */s/ David Clark*
David B. Clark
Kevin Crisp
Attorneys for Defendant,
BORIS SAID, JR.

- 1 -

NOTICE OF APPEAL
Case No.: 3:23-cv-04146-VC (RMI)

| | |
|---|---|
| 1 | HAYNES AND BOONE, LLP |
| 2 | David Clark (SBN: 275204) |
|   |   david.clark@haynesandboone.com |
| 3 | Kevin Crisp (SBN: 261023) |
| 4 |   kevin.crisp@haynesboone.com |
|   | 600 Anton Boulevard, Suite 700 |
| 5 | Costa Mesa, California 92626 |
|   | T: (949) 202-3000 | F: (949) 202-3001 |
| 6 | |
| 7 | Attorneys for Defendant |
|   | BORIS SAID, JR. |
| 8 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ARACELY SOUCEK, individually and as next friend of minor Plaintiff, N.S., YANIV DE RIDDER, individually and as next friend of minor Plaintiff T.D., DANIELLE SASS, individually and as next friend of minor plaintiff, L.C., and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ROBLOX CORPORATION, SATOZUKI LIMITED B.V., PAUL CLISH, JULIAN DURAK, PATRICK DIETZ, ADURITE LIMITED, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, SHANE SELINGER, SPA TIC LLC, ARISTEIDIS STATHOULOPOULOS, RBLXWILD ENTERTAINMENT LLC, RBLX WILD ENTERTAINMENT, BORIS | Case No.: 3:23-cv-04146-VC (RMI)<br><br>Assigned to: Hon. Vince Chhabria<br>     U.S. District Judge<br><br>Courtroom:  4 – 17th Floor<br><br>**DEFENDANT BORIS SAID, JR.'S NINTH CIRCUIT RULE 3-2 REPRESENTATION STATEMENT** |

| | |
|---|---|
| 1 | SAID JR., NICHOLAS CARLO, and JOHN DOE # 1, |
| 2 | Defendants. |
| 3 | |
| 4 | |
| 5 | ROBLOX CORPORATION, |
| 6 | Cross-Plaintiff, |
| 7 | v. |
| 8 | SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIO LLC, and JOHN DOE #1 |
| 9 | |
| 10 | |
| 11 | |
| 12 | Cross-Defendants. |
| 13 | |

**NINTH CIRCUIT 3-2 REPRESENTATION STATEMENT**

Pursuant to Ninth Circuit Rule 3-2(b), Defendant Boris Said, Jr. identifies the following parties to the action, their counsel, (if known), and their counsel's contact information.

<u>Plaintiffs Yaniv De Ridder, individually and as next friend of minor Plaintiff T.D.; and Aracely Soucek, individually and as next friend of minor Plaintiff, N.S.:</u>

Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
Hanne Jensen (SBN 336045)
Ezekiel S. Wald (SBN 341490)
GIBBS MURA LLP
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com
hj@classlawgroup.com
zsw@classlawgroup.com

James J. Bilsborrow (admitted *pro hac vice*)
Aaron Freedman (admitted *pro hac vice*)
WEITZ & LUXENBERG PC
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com

Christopher D. Jennings (admitted *pro hac vice*)
Tyler B. Ewigleben (admitted *pro hac vice*)
Winston Hudson (admitted *pro hac vice*)
JENNINGS & EARLEY PLLC
500 President Clinton Ave, Suite 110
Little Rock, Arkansas 72201
Phone: (501) 255-8569
chris@jenningspllc.com
tyler@jenningspllc.com
Winston@jenningspllc.com

Defendant Paul Clish:
    KRONENBERGER ROSENFELD, LLP
    Karl S. Kronenberger (CA Bar No. 226112)
    Jeffrey M. Rosenfeld (CA Bar No. 22187)
    Leah Rosa Vulic (CA Bar No. 343520)
    548 Market Street #85399
    San Francisco, CA 94104
    Telephone: (415) 955-1155
    Facsimile: (415) 955-1158
    karl@kr.law
    jeff@kr.law
    leah@kr.law

Defendant Boris Said, Jr.:
    HAYNES AND BOONE, LLP
    David Clark (SBN: 275204)
    Kevin Crisp (SBN: 261023)
    600 Anton Boulevard, Suite 700
    Costa Mesa, California 92626
    T: (949) 202-3000 | F: (949) 202-3001
    david.clark@haynesandboone.com
    kevin.crisp@haynesboone.com

Defendant Shane Selinger:
    Constantine P. Economides (*pro hac vice*)
    Yusef Al-Jarani (CA Bar No. 351575)
    DYNAMIS LLP
    1100 Glendon Ave., 17th Floor
    Los Angeles, CA 90024
    T: (213) 283-0685
    ceconomides@dynamisllp.com
    yaljarani@dynamisllp.com

Defendants Julian Durak; Patrick Dietz; Adur1te Limited; Spatic LLC; Aristeidis Stathoulopoulos; RBLX Wild Entertainment; and Nicholas Carlo:
    [Representation unknown]

Defendant and Cross-Claimant Roblox Corporation:
COOLEY LLP
    Tiana Demas (*pro hac vice*)
    (tdemas@cooley.com)
    110 N. Wacker Drive, Suite 4200

Chicago, IL 60606-1511
+1 312 881 6500 phone
+1 312 881 6598 fax

Kyle C. Wong (224021)
(kwong@cooley.com)
Kristine A. Forderer (278745)
(kforderer@cooley.com)
3 Embarcadero Center, 20th Floor
San Francisco, California 94111-4004
Telephone: +1 415 693 2000
Facsimile: +1 415 693 2222

Robby L.R. Saldaña (356226)
(rsaldana@cooley.com)
Caitlin Munley (*pro hac vice*)
(cmunley@cooley.com)
1299 Pennsylvania Ave., NW, Suite 700
Washington, D.C. 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

<u>Defendants and Cross-Defendants Satozuki Limited B.V.; RBLXWild Entertainment LLC; Studs Entertainment Ltd.; Based Plate Studio LLC; and John Doe #1:</u>
   [Representation unknown]

Date:  November 17, 2025          HAYNES AND BOONE, LLP

                                  By:  */s/ David Clark*
                                      David B. Clark
                                      Kevin Crisp
                                      Attorneys for Defendant,
                                      BORIS SAID, JR.