| | |
|---|---|
| James J. Bilsborrow (admitted *pro hac vice*) <br> Aaron Freedman (admitted *pro hac vice*) <br> **WEITZ & LUXENBERG PC** <br> 700 Broadway <br> New York, New York 10003 <br> Phone: (212) 558-5500 <br> jbilsborrow@weitzlux.com <br> afreedman@weitzlux.com | Christopher D. Jennings (admitted *pro hac vice*) <br> Tyler B. Ewigleben (admitted *pro hac vice*) <br> Winston S. Hudson (admitted *pro hac vice*) <br> **JENNINGS & EARLEY PLLC** <br> 500 President Clinton Ave, Suite 110 <br> Little Rock, Arkansas 72201 <br> Phone: (317) 695-1712 <br> chris@jefirm.com <br> tyler@jefirm.com <br> winston@jefirm.com |

Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Ste 2100
Oakland, CA 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
amm@classlawgroup.com
jms@classlawgroup.com

*Attorneys for Plaintiffs and the Proposed Class*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NATHAN SOUCEK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROBLOX CORPORATION, et al., <br><br> Defendants. | Case No. 3:23-cv-04146-VC (RMI) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** <br><br> Judge: Hon. Vince Chhabria |

Following this Court's Order on January 9, *see* ECF No. 323, Plaintiffs Nathan Soucek and Yaniv De Ridder, individually and as next friend to Minor Plaintiff T.D., hereby voluntarily dismiss their claims without prejudice against Defendants Julian Durak, Patrick Dietz, Adur1te Limited, Aristeidis Stathoulopoulos, Nicholas Carlo, and John Doe #1 (the "un-served defendants") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The un-served defendants have not been served, have not appeared, and have not served an answer or a motion for summary judgment.

DATED: January 30, 2026                                  Respectfully submitted,

*/s/ Aaron Freedman*
James J. Bilsborrow (admitted *pro hac vice*)
Aaron Freedman (admitted *pro hac vice*)
**WEITZ & LUXENBERG PC**
700 Broadway
New York, New York 10003
Phone: (212) 558-5500
jbilsborrow@weitzlux.com
afreedman@weitzlux.com

Andre M. Mura (SBN 298541)
Jake M. Seidman (SBN 347953)
**GIBBS MURA LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Telephone: (510) 350-9700
Facsimile: (510) 350-9701
jms@classlawgroup.com
aqm@classlawgroup.com

Christopher D. Jennings (admitted *pro hac vice)*
Tyler B. Ewigleben (admitted *pro hac vice*)
Winston S. Hudson (admitted *pro hac vice*)
**JENNINGS & EARLEY PLLC**
500 President Clinton Ave, Suite 110
Little Rock, Arkansas 72201
Phone: (317) 695-1712
chris@jefirm.com
tyler@jefirm.com
winston@jefirm.com