UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YANIV DE RIDDER, et al., | Case No. 3:23-cv-04146-VC (RMI) |
| Plaintiffs, | [~~PROPOSED~~] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED |
| v. | |
| ROBLOX CORPORATION, et al., | Judge: Hon. Robert M. Illman |
| Defendants. | |
| ROBLOX CORPORATION, | |
| Cross-Plaintiff, | |
| v. | |
| SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, RBLXWILD ENTERTAINMENT, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIOS LLC and JOHN DOE #1, | |
| Cross-Defendants. | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

[~~PROPOSED~~] ORDER RE PLFS'
ADMIN MOTION RE SEALING
(CASE NO. 3:23-CV-04146-VC (RMI))

# [~~PROPOSED~~] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed and Roblox's Response, relating to excerpts of the transcript of the 30(b)(6) deposition of Charlie Won filed as Exhibit C to the Parties' Joint Letter Re: Plaintiffs' Rule 30(b)(6) Deposition Request; Roblox's Second ROGs, Dkt. 316-3, pursuant to Local Rule 79-5;

**IT IS HEREBY ORDERED** that the following portions of Charlie Won's Deposition Transcript, Dkt. 316-3, may be filed under seal:

| Document | Text to be Sealed |
|---|---|
| Exhibit C to JLB – Excerpts of Transcript of 30(b)(6) Deposition of Charlie Won, dated September 24, 2025 | Portions highlighted at pages 25-26, 57, 74, 114-116, 126-128, 130-141, 143-163, 168-175, 177-192, 194-214, 216-237, 246-253, 266-281, 283-324, 326, 328-329, 332, 336-338, 341, 346, 348, 351-355, 365 |

**IT IS SO ORDERED**.

Dated:  February 23, 2025

_____
The Honorable Robert M. Illman
United States Magistrate Judge

329290593

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

2

[~~PROPOSED~~] ORDER RE PLFS'
ADMIN MOTION RE SEALING
(CASE NO. 3:23-CV-04146-VC (RMI))