UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

YANIV DE RIDDER, et al.,

      Plaintiffs,

    v.

ROBLOX CORPORATION, et al.,

      Defendants.

Case No.  23-cv-04146-VC   (RMI)

**ORDER ON JOINT LETTER BRIEF**

Re: Dkt. No. 333

Before the court is yet another joint discovery Letter Brief (dkt. 333) filed by the parties in this matter. As is common in this case the parties are fighting over whether they are fighting, and/or they are fighting now in anticipation of a future fight. The undersigned previously ordered 3 hours of additional 30(b)(6) depositions of Roblox's corporate witnesses. (*See* Order, dkt. 318.) Ms. Chen has been designated for that 3-hour deposition to occur a couple days following her depositions as a 30(b)(1) witness. Roblox has apparently threatened that they will attend the 30(b)(1) depositions armed with a stopwatch to tally up any time Ms. Chen is asked and answers any questions in her corporate capacity and then deduct the sum from the 3 hours set aside for the 30(b)(6) depositions.

Plaintiffs request that the undersigned order Roblox to produce Ms. Chen for the full allotted times for her depositions so that there is no future emergency fight in the short time between the two depositions as to how much time could or should be deducted. Roblox requests that the court leave it alone and says there will be no fight if Plaintiffs ask the right questions.

Of course, everyone is right and both sides are wrong. Plaintiffs may not use the 30(b)(1) time to expand the additional time allotted for the 30(b)(6) testimony and Roblox may not

unilaterally designate certain questions as corporate and then limit the time for the 30(b)(6) deposition. Neither may they bring a request to the court to shorten the time for the 30(b)(6) deposition on such an expedited basis.

This is all easily remedied without court involvement. The parties will move forward with the depositions for the full allotted time, Ms. Chen will answer the questions as herself on one day and as a corporate representative on the other and if, on the back end, Roblox has a motion to present to the court regarding any improper questioning for which they seek redress, they may do so through another joint letter brief following a meet and confer.

**IT IS SO ORDERED.**

Dated: March 30, 2026

_____
ROBERT M. ILLMAN
United States Magistrate Judge

United States District Court
Northern District of California

2