United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| YANIV DE RIDDER, et al.,<br>Plaintiffs,<br>v.<br>ROBLOX CORPORATION, et al.,<br>Defendants. | Case No. 23-cv-04146-VC (RMI)<br><br>**ORDER ON DISCOVERY LETTER BRIEF**<br><br>Re: Dkt. No. 370 |

Before the court is a joint Letter Brief (dkt. 370) in which Plaintiffs seek to compel further responses from Defendant Roblox to Interrogatories 1 and 2. Roblox has provided at least four Amended Responses to Plaintiffs' first set of Interrogatories. The court held a hearing on the matter on August 4, 2026. Based on the briefing and the arguments set forth at the hearing, the court ORDERS the following:

Roblox shall amend its responses to explain what efforts were taken by outside counsel and their experts to determine the total number of transactions involving RBXFlip that occurred on Roblox between April 2019 and August 2023, and such response will not constitute a waiver of privilege. Moreover, Roblox shall amend the portion of its responses which simply contain quotes of deposition testimony to provide an adequate narrative response.[1]

Otherwise, the court DENIES Plaintiffs' requests for further responses and finds that Roblox has sufficiently responded to the Interrogatories and SUSTAINS Roblox's objections

---

[1] *See, e.g.*, *Logtale, Ltd. v. IKOR, Inc.*, No. C-11-05452 CW (DMR), 2013 WL 3967750, at *3 (N.D. Cal. July 31, 2013) ("'Each interrogatory must, to the extent it is not objected to, be answered separately and fully in writing under oath.' Fed. R. Civ. P. 33(b)(3). An answer to an interrogatory should be complete in itself and should not refer to the pleadings or other documents.").

United States District Court
Northern District of California

based on privilege.

**IT IS SO ORDERED.**

Dated: August 12, 2026

ROBERT M. ILLMAN
United States Magistrate Judge