UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

YANIV DE RIDDER, et al.,

Plaintiffs,

v.

ROBLOX CORPORATION, et al.,

Defendants.

ROBLOX CORPORATION,

Cross-Plaintiff,

v.

SATOZUKI LIMITED B.V., RBLXWILD ENTERTAINMENT LLC, RBLXWILD ENTERTAINMENT, STUDS ENTERTAINMENT LTD., BASED PLATE STUDIOS LLC and JOHN DOE #1,

Cross-Defendants.

Case No. 3:23-cv-04146-VC (RMI)

**[~~PROPOSED~~] ORDER RE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIALS SHOULD BE SEALED**

Judge: Hon. Robert M. Illman

# [~~PROPOSED~~] ORDER

Having considered Plaintiffs' Administrative Motion to Consider Whether Another Party's Materials Should Be Sealed ("Motion") and Roblox's Response to the Motion, relating to interrogatory responses and portions of deposition transcripts filed as Exhibits 1-4 to the Parties' Joint Letter Brief, ECF No. 370, pursuant to Local Rule 79-5;

**IT IS HEREBY ORDERED** that the following portions of the documents may be filed under seal:

| Document | Portions to be filed Under Seal |
|---|---|
| Exhibit 1 to Joint Discovery Letter Brief (Roblox's Fourth Amended Responses & Objections to Plaintiffs' First Set of Interrogatories (ROG 1), dated July 16, 2026) | Portions highlighted at pages 6, 7, 10, 12, 14, 16, 17, 26 |
| Exhibit 2 to Joint Discovery Letter Brief (Excerpts of Transcript of 30(b)(1) Deposition of Joel Silk, dated September 12, 2025) | Portions highlighted at pages 290, 293, 300-308, 310-313 |
| Exhibit 3 to Joint Discovery Letter Brief (Excerpts of Transcript of 30(b)(1) Deposition of Kathy Chen, dated Apr. 17, 2026) | Portions highlighted at pages 54-61, 70, 71, 82-85, 87-97, 142-145, 162-169 |
| Exhibit 4 to Joint Discovery Letter Brief (Excerpts of Transcript of 30(b)(1) Deposition of Sanjay Kannan, dated Oct. 9, 2025) | Portions highlighted at pages 168, 170-172, 187 |

**IT IS SO ORDERED**.

Dated: October 1, 2026

The Honorable Robert M. Illman
United States Magistrate Judge